# EXHIBIT B

1           IN THE UNITED STATES FEDERAL COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2                            * * *

3

4  MICHAEL CURRY,            : NO. 2:18-CV-00634
                  Plaintiff  :
5                            :
            vs.              :
6                            :
   CARBOFIX ORTHOPEDICS,     :
7                  Defendant :

8                            * * *

9           Oral deposition of DAVID P. POPE, PH.D.,

10  taken at DUFFY & FULGINITI, 1650 Market Street, 55th

11  Floor, Philadelphia, Pennsylvania, 19103, beginning

12  at 11:10 a.m., on Tuesday, October 1, 2019, before

13  Karen A. Stevens, Court Reporter and Notary Public,

14  there being present:

15

16

17

18

19

20

21

22

23

24

25

1      A P P E A R A N C E S :

2

              KENNETH F. FULGINITI, ESQUIRE
3             DUFFY & FULGINITI
              1650 Market Street, 55th Floor
4             Philadelphia, Pennsylvania  19103
              kff@duffyfirm.com
5             -- Representing the Plaintiff

6

7

8             KATERYNA STUPNEVICH, ESQUIRE
              MORRISON MAHONEY, LLP
9             WALL STREET PLAZA
              88 Pine Street, Suite 1900
10            New York, New York  10005
              kstupnevich@morrisonmahoney.com
11            -- Representing the Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              (It is hereby stipulated by and

2          between counsel for the respective

3          parties that signing, sealing, filing and

4          certification are waived; and that all

5          objections, except as to the form of the

6          questions, be reserved until the time of

7          trial.)

8                      * * *

9                  DAVID P. POPE, PH.D.,

10          after having been first duly sworn, was

11          examined and testified as follows:

12                      * * *

13              E X A M I N A T I O N

14                      * * *

15 BY MS. STUPNEVICH:

16      Q    Good morning, Dr. Pope.  My name is

17 Kateryna Stupnevich.  I'm with Morris and Mahoney

18 and I represent the Defendant, Carbofix, in this

19 case.  We are going to ask you some questions today.

20 Let me know if at any time you want to take a break.

21 The only caveat is we can't have an open question.

22 So you need to answer the question and then we can

23 break afterwards.  Okay?

24      A    Okay.

25      Q    Have you ever testified as an expert in
```

```
 1    any litigation before?

 2         A    Yes.

 3         Q    How many times approximately?

 4         A    A hundred.

 5         Q    When was the last time you testified as an

 6    expert in litigation?

 7         A    That would have been August, I believe.

 8         Q    Of this year?

 9         A    Maybe July of this year.

10         Q    Have you ever testified as an expert in

11    connection with a litigation concerning orthopedic

12    medical devices?

13         A    Yes.

14         Q    How many times would you say you testified

15    in those types of matters?

16         A    I'm hesitating there because I looked at

17    numerous devices, but how many of them actually were

18    litigated is another question.  But I've certainly

19    looked at probably a dozen orthopedic devices of

20    various kinds.

21         Q    When you say looked at, you mean opined on

22    various issues that may have been involved but not

23    necessarily pertaining to an ongoing litigation?

24              MR. FULGINITI:  Objection to form.  You

25         can answer.
```

 1           THE WITNESS:  They were all related, I

 2      believe, to ongoing or potential litigation,

 3      but whether or not I actually ended up

 4      testifying, I don't remember.

 5  BY MS. STUPNEVICH:

 6      Q    Okay.  Do you recall how many times, if at

 7  all, you testified in connection with those types of

 8  cases approximately?

 9      A    It was just a few.  I can imagine probably

10  two or three, something like that, but that's a very

11  rough number.

12      Q    Sure.  When was the last time you

13  testified for such litigation?

14      A    That would be probably within the last

15  four years sometime.

16      Q    Have you ever testified as an expert in

17  connection with litigation concerning proximal

18  humerus plates or implants?

19      A    No.

20      Q    What, if anything, did you do to prepare

21  for this deposition?

22      A    I simply reviewed the file.

23      Q    What are the contents of the file that you

24  refer to?

25      A    Certainly the items listed in my report,

1    which is depositions in my report, the other

2    reports, photographs, Carbofix information, other

3    photographs, reports of the surgery.  Probably other

4    things that I can't remember right now.

5        Q    Okay.  Have you spoken with anyone, other

6    than Mr. Fulginiti or someone from his office, in

7    preparation for the deposition?

8             MR. FULGINITI:  You mean not in my

9        presence?

10            MS. STUPNEVICH:  Correct.

11            THE WITNESS:  With Anthony Bellots.

12            MR. FULGINITI:  But that was in my

13       presence.

14            THE WITNESS:  Yes, with Mr. Fulginiti.

15   BY MS. STUPNEVICH:

16       Q    Outside of Mr. Fulginiti's presence have

17   you spoken with anyone else in preparation for this

18   deposition?

19       A    No.

20       Q    I have a copy of your Curriculum Vitae

21   here, which is essentially your resume.

22            MS. STUPNEVICH:  Let's mark that as

23       Pope-1.

24                      *  *  *

25            (Whereupon, the above-mentioned

 1          document was marked for

 2          identification as Pope-1.)

 3                         * * *

 4   BY MS. STUPNEVICH:

 5       Q     Doctor, what is your profession?

 6       A     I'm a professor of material science at the

 7   University of Pennsylvania.

 8       Q     How long have you held that position?

 9       A     That position I believe I've held for

10   approximately 45 years.

11       Q     How long have you been employed at the

12   University of Pennsylvania?

13       A     Fifty-one years.

14       Q     What positions have you held at the

15   University of Pennsylvania other than your current

16   position?

17       A     Well, I was a junior professor and then an

18   associate professor.  So that's the normal thing.

19   And I've had various administrative posts within the

20   university.

21       Q     As a junior professor what subject matter

22   did you teach?

23       A     I taught things generally in the field of

24   material science; thermodynamics materials,

25   materials properties, things related to material

```
 1   science.

 2        Q    And as an associate professor what subject

 3   matters did you teach?

 4        A    The same.

 5        Q    Okay.  You mentioned you held various

 6   administrative positions there as well.  Can you

 7   describe some of those for me?

 8        A    Yes.  I've been a department chairman,

 9   I've been an associate dean, I've been the ombudsman

10   of the university and I've been chairman of my own

11   department twice and another department once.

12        Q    And the department chairman was for which

13   department?

14        A    Material science and also for mechanical

15   engineering.

16        Q    Throughout your career have you held any

17   positions at any other facilities or institutions?

18        A    No.

19        Q    Can you please briefly describe your

20   educational background?

21        A    Yes.  I have a Bachelor's Degree from the

22   University of Wisconsin, a Master's and PhD from

23   California Institute of Technology and also I served

24   as a post-doctoral research fellow at Caltech.

25        Q    When did you obtain your PhD?
```

1        A     1967, as I recall.

2        Q     Sorry.  You may have said this.  From what

3   Institution?

4        A     California Institute of Technology.

5        Q     You mentioned you were also a

6   post-doctoral research fellow.  Where was that work

7   performed?

8        A     Also at Caltech.

9        Q     How long have you held that position?

10       A     How long did I hold it?  It was

11   approximately a year and a half, I believe,

12   something like that.

13       Q     I'm going to skip around a little bit, but

14   I want to go over some things on your resume.

15   There's obviously a lot.  If you can bear with me

16   and follow along, that would be great.  Your resume

17   indicates you have published approximately 200

18   publications, I believe; is that correct?

19       A     Yes, that's approximately right.

20       Q     When was your most recent publication

21   published?

22       A     That would have been approximately eight

23   years ago or so, maybe ten.

24       Q     Is it fair to say that most of your

25   publications focus on intermetallics, ductility and

```
 1   thermal properties?

 2            MR. FULGINITI:  Objection to form.

 3            THE WITNESS:  That's one of the foci, one

 4       of the major foci.

 5   BY MS. STUPNEVICH:

 6       Q    What would be some of the other foci that

 7   you have?

 8       A    Things related to behavior of materials at

 9   elevated temperature.  Maybe that's what you meant

10   by thermal properties.

11       Q    Right.  Better way to put it.

12       A    Things related to what we call phase

13   transformation, things related to the changes that

14   occur inside of the material when you do various

15   things to it, and then things related to the

16   strength and toughness of materials.

17       Q    Do you have any publications that focus on

18   orthopedic medical devices?

19       A    No.

20       Q    Do you have any publications that focus

21   specifically on carbon fibro proximal humeral

22   implants?

23       A    No.

24       Q    Skipping along to books and chapters,

25   there's plenty of those, too, when was your most
```

 1   recent work published?

 2        A    You're talking about --

 3        Q    In books and chapters that you would have

 4   contributed to or written.

 5        A    I honestly don't remember, but it looks

 6   like it was the early 2000s.

 7        Q    Okay.  If you had to describe the focus of

 8   the books and chapters that you had written for me,

 9   how would you describe that?

10             MR. FULGINITI:  Objection to form.  You

11        can answer.

12             THE WITNESS:  The focus of those is rather

13        similar to the focus of my general research;

14        things related to strength, toughness, elevated

15        temperature properties, phase transformations.

16   BY MS. STUPNEVICH:

17        Q    And do you have any books or chapters that

18   focus on orthopedic medical devices?

19        A    No.

20        Q    Any books or chapters that focus on

21   proximal humerus plates?

22        A    No.

23        Q    Turning to your professional activities,

24   it's over a dozen here with the most recent being

25   1998; is that correct?

```
 1      A     Probably right.

 2      Q     Now, is it fair to say that your

 3 professional activities focus primarily on the same

 4 things as your publications and the books and

 5 chapters you've written?

 6      A     Yes.

 7      Q     Did any of your professional activities

 8 focus on orthopedic medical devices?

 9      A     No.

10      Q     Did any of them focus on proximal humerus

11 plates?

12      A     No.

13      Q     There is also a section here about

14 research interests and I think you briefly touched

15 upon that already.  Can you elaborate a little bit

16 for me as to the type of research that you have

17 focused on throughout your career?

18      A     Yes.  Of course the deformation and

19 fracture of the intermetallic compounds,

20 intermetallic compounds are just materials that are

21 comprised of fixed ratios of metals, something like

22 NI3AL.  So they have very special properties that I

23 spend a great deal of time studying them.  Crystal

24 growth, because when you study those materials you

25 want single crystals so you can study it very
```

```
 1   carefully, high temperature fracture, because many

 2   of these materials are intended for use at high

 3   temperatures, so the question is how do they behave

 4   at high temperatures.  Other questions related to

 5   the question of the protection of the metal by some

 6   sort of a ceramic overlayer, you know, aluminum

 7   oxide or something like that, and that's determined

 8   by the strength of the interface between the two.

 9   And then finally many materials become brittle at a

10   low or lowish temperature, and that's called the

11   ductile to brittle transition, and that's very

12   important for the behavior of useful materials.

13       Q    And so now amongst these research

14   interests, have any of them focused specifically on

15   orthopedic implants?

16       A    No.

17       Q    And have any of them focused specifically

18   on proximal humerus plates?

19       A    No.

20       Q    Have you undergone any certifications or

21   training specific to orthopedic medical devices?

22       A    No.

23       Q    Have you undergone any certifications or

24   training specific to proximal humerus plates?

25       A    No.
```

1        Q    Have you studied any materials or

2   literature that's specific to orthopedic medical

3   devices?

4             MR. FULGINITI:  Objection to form.

5             THE WITNESS:  Certainly the materials

6        themselves related to orthopedic medical

7        devices.

8   BY MS. STUPNEVICH:

9        Q    What do you mean by that?

10       A    For example, in this matter one of the

11  materials that comes up all the time is the Synthes

12  stainless steel plate, and that is almost certainly

13  a particular grade of stainless steel about which --

14  on which I've done a fair amount of work, for

15  example.  Then also this material for the Carbofix

16  plate is made out of a PEEK carbon fiber composite,

17  and that's another interest of mine that I also

18  study.  So I'm aware of the properties and I have

19  studied the properties of these composite materials

20  and how the properties of the materials are

21  determined by the various properties of the

22  individual phases.

23       Q    Okay.  Can you identify some of the

24  literature or materials that you have studied in

25  relation to the PEEK carbon fiber composite.

 1      A    Well, certainly with regard to this matter

 2   I have.  There are several papers that were

 3   referenced in this matter, and I don't have that at

 4   the tip of my tongue, things related to the

 5   strength, the bending strength of these composite

 6   materials and how they also fail.  So those are the

 7   main things I have studied.

 8      Q    How about outside of this matter?  Is

 9   there any literature that you can specify for me or

10   any materials that you studied pertaining to the

11   PEEK carbon fiber composite?

12      A    No, I think I have not, not specific to

13   PEEK carbon fiber.  Certainly many polymeric carbon

14   fiber composites, but not necessarily that one.

15      Q    Got it.  And you referenced for a second

16   there several papers referenced in this matter.  Are

17   those things that are referenced in your reports?

18      A    I don't recall if it's referenced in there

19   or not.  One of them might be.

20      Q    And we'll get to the report, so we'll talk

21   about that.  Have you studied any material or

22   literature specific to proximal humerus plates

23   outside of this matter?

24      A    No -- I should be careful.  I mean I have,

25   in your earlier questions about orthopedic devices,

 1   of course I've looked at various plates that have

 2   failed and those are the stainless steel variety.

 3   I'm not certain that they were proximal humerus

 4   plates.  They were bone plates.

 5        Q    Okay.  But again to clarify, the plates

 6   that you have looked at with regard to orthopedic

 7   devices and failure have been stainless steel

 8   plates.  Have you looked at any carbon fiber plates?

 9        A    I probably have, but I can't quote chapter

10   and verse now.

11        Q    Sure.  Do you recall when you would have

12   looked at them, how long ago that might have been?

13        A    That would have been within the last 10

14   years, because they haven't been around that long.

15        Q    Right.  Do you recall any specifics about

16   those carbon fiber plates, what type of plates they

17   were or maybe who manufactured them or anything

18   else?

19        A    No.  I'm having a blank on that.  I'm

20   sorry.

21        Q    That's okay.  Approximately how many

22   carbon fiber plates have you looked at during the

23   last 10 years?

24        A    I think it would be one.

25        Q    And that's outside of the one involved

 1    here?

 2         A    Right.

 3         Q    Other than what we have already discussed,

 4    can you tell me about any other experience that you

 5    have with orthopedic implants?

 6              MR. FULGINITI:  Objection to form.  You

 7         can answer if you understand.

 8              THE WITNESS:  Well, as we talked about

 9         earlier, of course the devices and also the

10         devices used for installing them.  I have also

11         analyzed various tools and instruments used by

12         orthopedic surgeons.

13    BY MS. STUPNEVICH:

14         Q    What kind of devices were those?

15         A    Typically rajas.  And those are the most

16    common thing.

17         Q    Do you have any experience with design of

18    orthopedic implants?

19         A    No.

20         Q    Do you have any experience with

21    manufacture of orthopedic implants?

22         A    No.

23              MR. FULGINITI:  You don't mean the design

24         of them.  You mean him designing one?

25

```
 1   BY MS. STUPNEVICH:

 2       Q    Designing or you participating in the

 3   design or being consulted on the design, anything

 4   like that.

 5            MR. FULGINITI:  Again, consulting on the

 6       design would implicate everything he's already

 7       talked about.

 8            MS. STUPNEVICH:  Let me clarify.

 9   BY MS. STUPNEVICH:

10       Q    Have you ever participated in designing an

11   orthopedic implant?

12       A    No.  The only designing of orthopedic

13   implants I've been involved in have been student

14   projects where they were given the task of trying to

15   design a particular kind of implant.  And then of

16   course students love composite materials and so on

17   and so on.

18       Q    But you've never had, for instance, a

19   manufacturer or retailer or wholesaler of orthopedic

20   implants involve you in the design process, have

21   you?

22       A    I have not.

23       Q    And in that same scope, have you ever been

24   involved in the manufacture of orthopedic implants?

25       A    No.
```

```
 1        Q    Have you ever performed in or participated
 2  in any type of bench testing that pertains to
 3  orthopedic implants?
 4              MR. FULGINITI:  Objection to form.
 5              THE WITNESS:  The only testing I've been
 6        involved in is analysis of implants that have
 7        experienced difficulties, problems, broken,
 8        that kind of thing, corroded.
 9  BY MS. STUPNEVICH:
10        Q    Okay.  So similarly, is it fair to say
11  that you've never participated in or been involved
12  in any clinical trials pertaining to orthopedic
13  devices?
14        A    That's correct.
15        Q    And any other studies relating to
16  orthopedic devices other than maybe something that's
17  after the fact when it's already dealing with a
18  fracture?
19        A    That's correct.
20        Q    Now, other than what we are already
21  discussed, can you tell me about any other
22  experience that you have with proximal humerus
23  plates?
24              MR. FULGINITI:  Objection to form.  You
25        can answer.
```

```
 1              THE WITNESS:  I think we have covered my

 2         experience.

 3    BY MS. STUPNEVICH:

 4         Q    Okay.  So again, no participation in or

 5    involvement in design of proximal humerus plates?

 6              MR. FULGINITI:  Same objection.

 7              THE WITNESS:  Not with manufacturers, as

 8         we discussed earlier.

 9    BY MS. STUPNEVICH:

10         Q    And by extension, no involvement in the

11    actual manufacture of proximal humerus plates,

12    right?

13         A    That's correct.

14         Q    And also no involvement in any type of

15    bench testing or clinical studies or other trials

16    pertaining to proximal humerus plates?

17              MR. FULGINITI:  Same objection.

18              THE WITNESS:  Again, related to the

19         manufacture or qualification of these devices.

20    BY MS. STUPNEVICH:

21         Q    Sure.  Dr. Pope, do you believe you're

22    qualified to ascertain fracture initiation?

23         A    Yes.

24         Q    Explain.

25         A    That's what I do for my life.
```

```
 1      Q    Okay.  Do you believe you're qualified to

 2  do so specifically with regard to proximal humerus

 3  plates?

 4      A    Certainly with regard to carbon fiber

 5  polymeric composite materials, yes.

 6      Q    Explain to me what makes you qualified in

 7  that area, if you don't mind.

 8          MR. FULGINITI:  Objection to the extent

 9      that it calls for a legal conclusion, but you

10      can go ahead and answer.

11          THE WITNESS:  Okay to answer?

12          MR. FULGINITI:  Yes.

13          THE WITNESS:  This composite material,

14      this PEEK carbon fiber composite, is just one

15      example of a polymeric material that is

16      strengthened with fibers.  There is a whole

17      universe of such materials, and of course

18      that's a very important universe of materials

19      that people like me are very aware of and study

20      and think about a great deal, and study how

21      the -- what the failure processes are.

22  BY MS. STUPNEVICH:

23      Q    And which of your publications or your

24  work deals specifically with PEEK material?

25          MR. FULGINITI:  Which of his publications?
```

```
 1              MS. STUPNEVICH:  Either publications or

 2         books or chapters that deal specifically with

 3         the PEEK material.

 4              MR. FULGINITI:  Objection to form.

 5              THE WITNESS:  None of them.

 6    BY MS. STUPNEVICH:

 7         Q    Okay.  Dr. Pope, do you hold any

 8    professional engineering licenses or certifications?

 9         A    No.

10         Q    Do you believe you can opine on the cause

11    of fracture in this case with any degree of

12    engineering certainty?

13         A    Yes.

14         Q    Dr. Pope, have you ever met Mr. Curry?

15         A    Mr. Curry?

16         Q    Yes, the Plaintiff.

17         A    No, I have not.

18         Q    Have you ever spoken with him?

19         A    No.

20         Q    Let's get to more of the substantive area

21    of questioning pertaining to what's in your report

22    if that's okay.  Did there come a time where you

23    inspected the proximal humerus plate involved in

24    this case?

25         A    Yes.
```

1        Q    Do you recall when that inspection took

2   place, ballpark?

3        A    No, I don't.  But it was on the day that I

4   met you, whenever that was.

5        Q    So for the record, it was around March of

6   2019.  Do you recall where this inspection took

7   place?

8        A    Yes.  That was at Micron Laboratories in

9   Wilmington, Delaware.

10       Q    Tell me in your own words, if you don't

11   mind, what did the inspection entail?

12            MR. FULGINITI:  Objection to form.  It's

13       overly broad, but you can answer.

14            THE WITNESS:  First the inspection

15       entailed looking at the subject broken plate,

16       photographing it, measuring it in detail,

17       comparing that plate to an undamaged exemplar

18       plate, and then examining the plate in a

19       microscope, looking in detail at the cracks and

20       fracture pattern, and then cutting a sample

21       from the end, the proximal end of the plate,

22       for examination in a cross section in a

23       metallographic sample.

24   BY MS. STUPNEVICH:

25       Q    Okay.  Did you perform any radiography on

 1    the involved plate or exemplar plate?

 2         A     Yes, we did.  We did an X-ray of the

 3    subject plate and the exemplar plate.

 4         Q     What was the purpose of that?

 5         A     Simply to confirm what we thought was in

 6    there, namely the tantalum wire and so on.

 7         Q     What did you believe the significance of

 8    the tantalum wire to be, if anything?

 9         A     Its purpose, I believe, is simply to be a

10    radio -- an X-ray opaque portion of the plate so it

11    can be seen in radiographs.

12         Q     Was there any other objective to

13    performing the radiography?

14         A     No, not that I can recall anyway.

15         Q     The microscopy that was performed, was

16    that in regard to the involved plate or the examplar

17    plate or both?

18         A     Both, but mostly the involved plate.

19         Q     What was the purpose of that?

20         A     To study the cracks in the plate, to

21    determine the origin of the cracks and to get an

22    understanding of the numbers and the density of

23    those cracks.

24         Q     Other than what we discussed, was there

25    any other testing performed on the involved plate?

1       A     I don't think so, but I might think of

2    other things as we go along.

3       Q     And now with regard to the exemplar, was

4    there any other testing performed on that?

5       A     No, I don't think there was any testing

6    performed on the exemplar other than looking at it

7    and photographing it.

8       Q     Was the exemplar looked at under a

9    microscope, if you recall?

10      A     Yes, I believe it was.

11      Q     Were there any portions of the exemplar

12   that were cut away for testing like what was done

13   with the involved plate?

14      A     I believe not.

15      Q     You produced a report that documented your

16   findings and conclusions following this inspection,

17   right?

18      A     Yes, I did.

19      Q     Let's mark that and go through it.

20            MS. STUPNEVICH:  Mark this as Pope-2.

21                   * * *

22            (Whereupon, the above-mentioned

23       document was marked for

24       identification as Pope-2.)

25                   * * *

1    BY MS. STUPNEVICH:

2         Q    Dr. Pope, feel free to refer to that as

3    you need.  I'll ask you some questions about the

4    findings of your inspection and what's in the

5    report.  Did you note any wear patterns in the screw

6    holes of the involved plate during the inspection?

7         A    Yes, I did.

8         Q    Can you describe those wear patterns for

9    me?

10        A    There were two kinds of wear patterns in

11   the screw holes.  One is the screw holes through

12   which the fracture passed.  That's quite a mouthful.

13   The screw holes that the crack went through.  And

14   those screw holes were severely rubbed.  They were

15   rubbed smooth.  There was rather little detail in

16   the protruding portions of that.  The second wear

17   comes from the screws that went into those screw

18   holes, and those threads were deformed by the screw

19   heads.

20        Q    If you were to turn to Figure 15 on Page

21   17 of your report, and then also Figure 16 which is

22   on Page 18 of the report, is that what you're

23   referring to here, the two different types of screw

24   hole threading?

25        A    Yes, Figure 15 shows threads that were

1    damaged and Figure 16 shows threads that were

2    undamaged because no screw went into that hole.

3           MR. FULGINITI:  Just to be clear, that's

4       not all the exhibits that referred to that.

5           MS. STUPNEVICH:  Sure.

6    BY MS. STUPNEVICH:

7       Q    If you turn to Figure 15, Dr. Pope, what

8    would cause these type of wear patterns?

9           MR. FULGINITI:  Objection to form.

10          THE WITNESS:  Well, two things.  First, in

11       the upper conical portion of the hole, as you

12       can see, there is an area that is a bit rough.

13       And that is almost certainly the result of the

14       screw having been inserted at a slight angle

15       and the head of the screw rubbing against one

16       portion of the hole.  The wear patterns in the

17       threads themselves is simply a result of the

18       fact that the hole was pre-threaded, but the

19       threads in the hole don't necessarily match up

20       to the threads that are eventually produced in

21       the bone, and so they have essentially become

22       cross-threaded.

23   BY MS. STUPNEVICH:

24       Q    Okay.  And with regard to what you had

25   mentioned about the wear pattern where the screw's

1   being inserted and it's being done on an angle and,

2   therefore, damaging that area --

3           MR. FULGINITI:  He said slight angle, to

4       be clear.

5   BY MS. STUPNEVICH:

6       Q    Aside from the visual inspections, what

7   tests have you done to determine the origin of that

8   wear pattern?

9           MR. FULGINITI:  Objection to form.

10          THE WITNESS:  Only the visual and

11      microscopic examination.

12  BY MS. STUPNEVICH:

13      Q    And what is the basis for your opinion as

14  to that origin?

15      A    Simply that the damage follows a helical

16  path that can only be made by a screw thread, and

17  only a screw went into that hole.  That was one of

18  the holes through which a screw was inserted.

19      Q    Is it conceivable that this damage could

20  have occurred while the screw was being explanted?

21      A    No.  The screw follows the threads that

22  were produced when it was implanted and, therefore,

23  when it's explanted it would just follow that same

24  path.

25      Q    Okay.  What type of literature, if any,

1   did you rely on in forming this opinion with regard

2   to the wear pattern?

3           MR. FULGINITI:  Objection to form.  You

4       can answer.

5           THE WITNESS:  I think that I didn't depend

6       on any literature.  I relied on my experience

7       about fasteners and threaded fasteners in

8       particular.

9   BY MS. STUPNEVICH:

10      Q    So in other words, is it fair to say that

11  based upon just the visual alone you're under the

12  opinion that you can determine the origin of these

13  patterns and what caused them?

14      A    Yes, visual and microscopic visual, yes.

15      Q    Okay.  Were there any other sources that

16  you had consulted in drawing this conclusion

17  pertaining to these wear patterns?

18      A    No.

19      Q    Now, is it conceivable that these wear

20  patterns could have resulted from just ordinary

21  movement over time of the arm?

22      A    No.  Such movement would break away the

23  threads.  It wouldn't cross-thread the threads.

24      Q    You mentioned that the explant of the

25  screw wouldn't create a cross-threading either?

```
 1        A    No.  It was already cross-threaded during

 2   the implant, or I should say implant going in, and,

 3   therefore, when going out it would follow that same

 4   threaded pattern.

 5        Q    Is it not possible for a screw to create a

 6   cross-thread when it's being removed rather than

 7   when it's being inserted?

 8        A    No.  That would be very, very unusual.

 9        Q    But it's possible?

10             MR. FULGINITI:  Objection to form.

11             THE WITNESS:  I have never seen it.  But I

12        don't think it's possible, but I can't say it's

13        impossible.

14   BY MS. STUPNEVICH:

15        Q    Okay.  Other than what we have discussed,

16   can you, with a reasonable degree of certainty, rule

17   out any other possibilities for what would have

18   created this wear pattern?

19             MR. FULGINITI:  Objection to form.

20             THE WITNESS:  I believe that that is --

21        what I just said is true to a very high degree

22        of engineering certainty.

23   BY MS. STUPNEVICH:

24        Q    But other possibilities, such as maybe the

25   couple of things I mentioned or maybe a few other
```

1    causes are something that could have possibly

2    created this as well.

3              MR. FULGINITI:  Objection to form.  What

4         are you talking about?  He's told you the one

5         and only way he knows --

6              MS. STUPNEVICH:  If he understands the

7         question, let him answer.

8              THE WITNESS:  As I said earlier, I cannot

9         think of another way that you could produce

10        that wear pattern, but I will not definitely

11        rule out any other possibility.  But I have

12        never seen one.

13   BY MS. STUPNEVICH:

14        Q    Got it.  Okay.  Do you believe that these

15   wear patterns in the screw holes are indicative of

16   the plate's overall bending strength or do you think

17   that there is a relation between the two?

18        A    Yes.

19        Q    What do you believe that relation is?

20        A    We determined that in these areas where

21   the threads are damaged by the screw threads, that

22   the existing threads are subsequently damaged by the

23   screw.  Then we find in those same areas substantial

24   numbers of cracks.  And those cracks then grow under

25   the load and greatly reduce the strength of the

1  plate.

2       Q    And what testing did you do to arrive at

3  that conclusion?

4       A    What?

5       Q    What testing did you perform to arrive at

6  that conclusion?

7       A    It was the cross sectional examination of

8  the device.

9       Q    Can you elaborate on that for me and let

10 me know more about what that entailed?

11      A    Yes.  To see the cracks in the plate you

12 have to find a way to look inside the plate, which

13 of course is very difficult.  So instead, one cuts a

14 cross section through the threaded hole and then you

15 prepare the surface very carefully so it's smooth

16 and scratch-free and so on.  And then you look at

17 the threads in cross section across the hole.  And

18 then the cracks become easily visible.

19      Q    Now, was a cross section cut from the

20 exemplar?  I believe you said no earlier, right?

21           MR. FULGINITI:  Objection to form.

22           THE WITNESS:  From the -- excuse me?

23 BY MS. STUPNEVICH:

24      Q    From the exemplar.

25      A    No.  It was cut from the subject.

 1       Q    In order to make a determination

 2   concerning the cracks and how that relates to the

 3   strength of the plates, would there not need to be

 4   some sort of comparison involved, that is what the

 5   cross section looks like from one subject to what it

 6   might look like against another subject?

 7       A    I don't think that's necessary in this

 8   case, because the subject plate had literally dozens

 9   and dozens of cracks in it, whereas the examplar are

10   visible on the surface of the plate, and the

11   exemplar plate had no cracks whatsoever visible in

12   it.  And I think it is a reasonable assumption that

13   the examplar plate was crack free.

14       Q    Okay.  Now, with regard to this opinion

15   that we were just talking about, did you rely on any

16   literature in support of that or was this based on

17   the testing you've done and your own experience?

18            MR. FULGINITI:  Objection to form.

19            THE WITNESS:  Two things.  One is seeing

20       the cracks themselves and that's a standard

21       metallographic practice.  And there is a long

22       literature on that, but it's just a standard

23       procedure.  And then the question of what

24       effect do such cracks have on the mechanical

25       performance of a device.  And there is a huge

```
 1        literature on that subject as well,

 2        particularly in the fatigue literature.

 3   BY MS. STUPNEVICH:

 4        Q    What literature, if any, did you consult

 5   in this case with regards to formulating an opinion

 6   on what effects the cracks here had?

 7        A    Yeah.  I didn't specifically consult any

 8   literature, because I'm familiar with it and have

 9   worked with it for years.

10        Q    Is there any literature that you can

11   recall off the top of your head that would have been

12   pertinent in this case that you know that applied

13   here?

14        A    Oh my.  There are books and books written

15   on the effects of preexisting cracks on the fatigue

16   properties of all kinds of different materials.  And

17   now you want me to give a specific reference?

18        Q    If you can remember.

19        A    If I can remember, but of course I can't

20   right now.

21        Q    That's okay.  Are there any other sources

22   other than what we talked about that you consulted

23   in concluding that there was a connection between

24   the wear patterns in the screw holes and the plate's

25   overall bending strength?
```

1     A     No.  I think those were the important

2   features.

3     Q     Now, to focus more on those cracks that we

4   had discussed and the substantial wear on the

5   fracture surface, if you can turn to Figure 18 on

6   Page 20 of your report, and you can also take a look

7   at Figure 19 on Page 21.  What is identified here

8   with circles and labeled as humerus cracks, is that

9   what you're referring to when you talk about the

10  cracks with substantial wear on the surface of the

11  plate?

12    A     These are cracks that resulted from other

13  effects on the plate.  The plates -- the cracks that

14  I'm referring to are the cracks that are very close

15  to the threaded holes and are down inside the plate.

16    Q     Is there a better -- looking through these

17  figures and images, is there a better picture that

18  identifies the cracks that you're referring to?

19          MR. FULGINITI:  Do you mind if I step out

20      for a second while you're doing that?

21                   * * *

22          (Whereupon, a brief recess was taken.)

23                   * * *

24          THE WITNESS:  In answer to your question,

25      Figures 34 through 41 on Pages 35 through 42 of

```
 1        my report.

 2   BY MS. STUPNEVICH:

 3        Q    Okay.  And within those figures can you

 4   point out to me exactly what you mean when you talk

 5   about substantial cracks or where in the image

 6   you're referring to?

 7        A    Yes.  Probably the best place to start is

 8   on Page 38 in Figure 37.  I think the cracks there

 9   are quite obvious.  And then they're enlarged and

10   you can see the smaller cracks in Figure 38 on Page

11   39.

12        Q    Okay.  And so the figures that you're

13   pointing to, these are the microscopic images of

14   essentially 35, am I correct, that area where the

15   plate had separated?

16        A    Yes.  These are the microscopic images of

17   Figure 35 -- yes.  Yes, they're the little red

18   dotted squares that show where those photographs

19   were taken in Figure 35.

20        Q    What is unusual about these cracks to you

21   that would signify that has some sort of effect on

22   the overall bending strength?

23             MR. FULGINITI:  Objection to form.  You

24        can answer.

25             THE WITNESS:  There is nothing unusual
```

```
 1        about these cracks.  They behave like any other

 2        crack does, and that is that when a load is

 3        applied to a material that contains a crack,

 4        that the stresses, the tendency for the

 5        material to break at the very tip of the crack,

 6        is hugely magnified and the crack wants to grow

 7        and they do grow.  And then once the crack is

 8        there they will grow relatively rapidly,

 9        whereas if there is no preexisting crack, then

10        you have to form a crack, and that's much more

11        difficult.  So a crack grows easily, but it

12        nucleates, it forms, with difficulty.

13   BY MS. STUPNEVICH:

14        Q    And your testimony is that these were

15   preexisting cracks?

16             MR. FULGINITI:  Preexisting?  Objection to

17        form.

18             THE WITNESS:  These were cracks that were

19        existing once the screw was inserted in the

20        hole.

21   BY MS. STUPNEVICH:

22        Q    And how do you know that?  What is your

23   basis for that opinion?

24        A    Because the hole is so badly deformed and

25   damaged and you can see that the cracks come from
```

1    those damaged areas of the hole.

2         Q    Can we look at Figure 18 for a second?

3         A    Figure 18.

4         Q    Yes, on Page 20.

5         A    Okay.

6         Q    Did you examine or inspect the large holes

7    that are on the left side and on the right side of

8    the plate?

9         A    I believe I did.  And as I recall,

10   those -- yes, I looked at all the holes and those

11   holes, as I recall, did not have screws in them.

12        Q    Okay.  Did you find those holes to have

13   any type of damaged threading at all?

14        A    No, I did not.

15        Q    Can you take a look at Figure 17, which is

16   on Page 19.

17        A    (Witness complies.)

18        Q    Having inspected this part, can you

19   identify for me which of the holes had screws in

20   them?

21        A    Yes, I can.  Give me a moment.

22        Q    Take your time.

23        A    So referring to Figure 17, which is the

24   same surface as is viewed in Figure 8, and so in

25   figure 8 if we look at the examplar plate, then

1   there are screws in holes number 1, 2, 3, 4 and 5.

2       Q    Okay.  And now if we were to utilize the

3   same numeration for the involved plate, did you

4   inspect all of those screw holes?

5       A    Oh, yes.

6       Q    And which screw holes did you find damaged

7   worn threads in?

8       A    In the holes in which screws had been

9   inserted.

10      Q    Was that in each of the holes in which

11  screws had been inserted?

12      A    Yes.  There were varying levels of damage,

13  but, yes, in all of them.

14      Q    If we are looking at the examplar plate,

15  it looks like there were screws inserted in 1, 2, 3,

16  4 and in addition to 5, right?

17      A    Yes.

18      Q    So then on the involved plate you have

19  found damage in 1, 2, 3, 4 and 5?

20      A    Yes.  But we did cross sectional

21  examination, that is to say we did the destructive

22  examination of hole number 1, as I recall, but let

23  me double check that.  No, it was hole number 2 was

24  sectioned.

25      Q    You had testified earlier that the cross

1    sectional testing that you performed is what led you

2    to conclude that the wear patterns were connected to

3    the strength of the plate; is that right?

4              MR. FULGINITI:  Objection to form.

5              THE WITNESS:  The wear patterns were

6         connected to the cracks in the plate, and the

7         cracks in the plate are related to the strength

8         of the plate.

9    BY MS. STUPNEVICH:

10        Q    Okay.  Now, seeing as how the cross

11   section was taken from a place other than the site

12   of the fracture, can you explain to me how you've

13   arrived at that conclusion?

14        A    The conclusion being that the site of the

15   fracture was also compromised by the same mechanism?

16        Q    Right.  I guess my question is, if you're

17   taking a cross section from a different location,

18   what is the basis for drawing that conclusion as to

19   another location?

20        A    Well, of course we looked very carefully

21   at the screw threads in the subject plate in hole

22   number 5, which is the one where the crack passed

23   through, and we find that A, the surface looks

24   exactly the same as in the other cases, and B, we

25   found that there were cracks coming out of the

```
 1   damaged hole as well.  And so we see the same thing

 2   that we saw in the other holes.

 3       Q    But the other holes did not experience

 4   fracture?

 5       A    They did not.  That's correct.

 6       Q    If we can go back to Figure 17 on Page 19,

 7   you've identified in your report numerous cracks

 8   which appear to be on the surface of the plate, not

 9   inside of the screw holes.  That's what's circled

10   here?

11            MR. FULGINITI:  Objection to form.

12            THE WITNESS:  That's right.  They're on

13       the surface, but they extend into the screw

14       holes, yes.

15   BY MS. STUPNEVICH:

16       Q    What's the significance of this, in your

17   opinion?

18       A    These cracks are not the result of

19   inserting screws in the screw holes.  I'll put it a

20   different way.  These cracks were not formed by the

21   threads when the screws were put into the screw

22   holes.  These cracks were formed by twisting of the

23   plate when it was screwed down in place on the bone.

24       Q    How do you know that?

25       A    Because that's the only way that such a
```

```
 1    stress could be applied to this plate.

 2         Q    Is it conceivable that these cracks were

 3    formed just as a result of ordinary movement once

 4    the plate was attached to the bone?

 5              MR. FULGINITI:  Objection to form.

 6              THE WITNESS:  I seriously, seriously doubt

 7         that.

 8    BY MS. STUPNEVICH:

 9         Q    Is it conceivable that these cracks were

10    maybe formed during the explant of the plate?

11         A    No.

12              MR. FULGINITI:  Objection to form.

13              THE WITNESS:  Definitely not.

14    BY MS. STUPNEVICH:

15         Q    And why do you say that?

16         A    During the explant the screws are just

17    taken out and the surgeon reaches in with forceps

18    and lifts it out of there.  There's photographs

19    showing him doing that.

20         Q    What about these cracks makes you conclude

21    that they only could have been formulated during the

22    implant when force was utilized to screw in the

23    plate?

24         A    The plate is designed to take bending

25    stresses, that is to say to be bent along its
```

1    length, and, therefore, the stresses that result

2    from that bending point in the direction along the

3    length as well.  These cracks were formed by

4    stresses that point 45 degrees away.  They're

5    lateral stresses that formed that.  And the bending

6    stresses would not, A, produce that kind of a

7    direction and, B, the bending stresses are zero at

8    the end of the plate, whereas the cracks run all the

9    way to the end of the plate.

10       Q    So if I understand correctly, is it really

11   the direction of the cracks that's leading the basis

12   for your opinion?  In other words, had the cracks

13   been going in a different direction would that

14   change your conclusion?

15            MR. FULGINITI:  Objection to form.

16            THE WITNESS:  It's the direction of the

17       cracks and the position of the cracks.

18   BY MS. STUPNEVICH:

19       Q    Position meaning their location relative

20   to the screw holes?

21       A    No.  Relative to the end of the plate, for

22   example, in Figure 19.

23       Q    Elaborate on that for me.  What is the

24   significance of them being towards the end of the

25   plate?

1        A       Well, as that figure points out, the major

2    stresses applied to this plate are these bending

3    stresses we are talking about, the stresses that the

4    manufacturer applies when they do the fatigue

5    testing and so forth, the fatigue and strength

6    testing on the plate.  But those stresses must be,

7    absolutely must be zero, at the end of the plate.

8    There is no stress at the -- bending stress at the

9    end of the plate.  And, therefore, if cracks exist

10   at the end of the plate they can only be the result

11   of some stresses from another source.

12       Q    Okay.  Is there -- can these cracks be

13   explained by any other cause except possible

14   exertion of force during implantation?

15            MR. FULGINITI:  Objection to form.

16            THE WITNESS:  That's the only one that

17       makes physical sense.

18   BY MS. STUPNEVICH:

19       Q    Okay.  You also note in your report severe

20   delamination between layers of carbon fibers

21   resulting from large cracks.  Do you mind going

22   through some of these figures for me and pointing me

23   to what you're referring to when you say that?

24       A    Yes.

25            MR. FULGINITI:  Yes, you mind?

```
 1            THE WITNESS:  Sorry.  Well, referring to
 2       Figure 19, since we are there, all of those
 3       cracks show delamination between the matrix and
 4       the carbon fibers, because the carbon fibers
 5       run parallel to those cracks.  So a fiber
 6       reinforced material like this product is very
 7       strong parallel to the fibers.  It's like wood.
 8       Wood is very strong parallel to the grain.
 9       This material is very strong parallel to the
10       fibers.  But perpendicular to the fibers, like
11       perpendicular to the grain with wood, it's much
12       weaker.
13  BY MS. STUPNEVICH:
14       Q    And how did you determine the fiber
15  direction?
16       A    Because you can see that.
17       Q    Point me to it.  Explain to me what you
18  mean.
19       A    You need to look at higher magnification
20  to do that.
21       Q    Do we have any figures that would show us
22  the magnification?
23       A    I think not, no.
24       Q    What makes you say that the delamination
25  was caused by cracking?
```

```
 1        A     I'm sorry, what makes me?

 2              MR. FULGINITI:  Objection.

 3   BY MS. STUPNEVICH:

 4        Q     What makes you say that the delamination

 5   between the layers of the carbon fiber was caused by

 6   cracking necessarily?

 7              MR. FULGINITI:  Objection to form.

 8              THE WITNESS:  Well, there's only two

 9        choices, right?  Either the layers were never

10        properly joined together in the first place,

11        which I think is not credible, or B, they

12        cracked apart at some later time.  And

13        delamination is the easiest form of cracking in

14        a material like this.

15   BY MS. STUPNEVICH:

16        Q     What other forms of cracking are there in

17   materials like this?

18        A     You could have cracking perpendicular to

19   the fibers, and there are examples of that as well.

20   Those are particularly damaging.

21        Q     What is that significant of?

22        A     Because they -- those cracks are driven by

23   the maximum stress, maximum bending stress.  So once

24   they get started, they can do a great deal of

25   damage.
```

```
 1        Q     Wear on the plates are those perpendicular

 2   cracks that you're referring to?

 3             MR. FULGINITI:  You're asking him to find

 4        an exhibit?

 5   BY MS. STUPNEVICH:

 6        Q     If you can, yes.

 7        A     Well, for example, in Figure 15 on Page

 8   17, in the area where we were talking about the

 9   damage to the top of the screw hole, there is a

10   white line that extends more or less straight up on

11   the top of the plate, and that's one such crack.

12        Q     So the cracks that are perpendicular are

13   the ones where the plate is undergoing the most

14   stress?

15        A     That's right.

16        Q     Did you see any such cracks in hole

17   number -- what I'm going to refer to as hole number

18   5 in the plate based upon the numeration on the

19   exemplar from Figure 8?

20             MR. FULGINITI:  Objection to form.

21             THE WITNESS:  There are quite a lot of

22        them, but there is only one that I can point to

23        that is visible in these figures.  But they

24        would be visible in other figures that are part

25        of the data file.  But if you refer to Figure
```

1        10, there are cracks that -- there is a crack

2        visible that emanates out of the lower partial

3        hole there.  And that is one such crack.

4   BY MS. STUPNEVICH:

5        Q    If these perpendicular cracks are

6   indicative of the areas where the plate has

7   undergone maximum stress, wouldn't it follow that a

8   fracture would likely occur in that area?

9             MR. FULGINITI:  Objection to form.

10            THE WITNESS:  Yes.  And it did, yes.

11  BY MS. STUPNEVICH:

12       Q    But yet we were looking at, for instance,

13  Figure number 15, where we have that type of

14  perpendicular crack within the screw hole, but this

15  is not where the fracture site was.

16            MR. FULGINITI:  Objection to form.

17            THE WITNESS:  I see what you mean.  There

18       are two factors that determine how rapidly the

19       crack grows.  One is if you have a preexisting

20       crack it really wants to grow.  That's the

21       first thing.  But the stress in the device is

22       not uniform and the stress is most highly

23       concentrated in the area where it actually

24       fractured.  So the short crack that I showed

25       you, in Figure 15 I think it was, is in an area

1          where the stress is substantially lower than it

2          was in the area shown in Figure 10.

3  BY MS. STUPNEVICH:

4      Q     With regards to the delamination between

5  the layer of carbon fiber, can you go over the type

6  of testing that you did to determine the origin of

7  that delamination?

8              MR. FULGINITI:  Objection to form.

9              THE WITNESS:  Well, again, referring to

10         Figures 37 and 38 on Pages 38 and 39 of the

11         report, for any kind of a fracture and cracking

12         analysis, the purpose of analysis is to see the

13         cracks.  If something is broken it's possible

14         that it's broken but there are no short cracks

15         remaining in the material.  That means one

16         large crack went through or it broke by some

17         other mechanism.  In this case the area

18         surrounding this hole that was sectioned is

19         just riddled with cracks.  And these cracks, if

20         they have an appropriate stress about them,

21         will propagate very quickly.

22  BY MS. STUPNEVICH:

23      Q     So to go back to my question, as far as

24  the tests that were done to determine the origin of

25  this, was it just the microscopic imaging?

 1      A    Yes.

 2      Q    And was there any literature that was

 3  consulted in formulating your opinions on this

 4  issue?

 5      A    Well, again, I'm referring to the vast

 6  literature that exists in material science about the

 7  effects of cracks on particularly the fatigued

 8  properties of the materials.  So that's the crux of

 9  the entire field, is to find the cracks, to follow

10  their progression, and see how fast they move.

11      Q    But you didn't consult anything specific,

12  any specific materials?

13      A    No.  I'm so familiar with it.

14      Q    Okay.  Is it conceivable that maybe there

15  is another explanation for the delamination?  For

16  instance, could it be that the carbon fiber layering

17  that you talked about is something that's common to

18  the PEEK carbon fiber composite material?

19           MR. FULGINITI:  Objection to form.

20           THE WITNESS:  I don't understand the

21      question.  Are you saying that possibly when

22      the carbon fiber reinforced composite is

23      manufactured, that it is manufactured with

24      preexisting cracks?

25

```
 1   BY MS. STUPNEVICH:

 2        Q    No.  Let me rephrase my question.  The

 3   delamination that you're referring to, is that

 4   something that may be specific to carbon fiber PEEK

 5   material in general, as opposed to say titanium or

 6   stainless steel?

 7             MR. FULGINITI:  Objection to form.

 8             THE WITNESS:  As opposed to what?

 9   BY MS. STUPNEVICH:

10        Q    Titanium or stainless steel.

11        A    Oh, yes.  Yes, absolutely.  This

12   delamination depends on the anisotropy of the

13   material.  Ordinary pieces of wood split, right?

14   That's delamination between the cellulose fibers and

15   the lignin in the wood.  But something like titanium

16   or stainless steel is not isotropic in that same way

17   and, therefore, cracks do not form between foreign

18   bodies, because they are all the same bodies within

19   the material.

20        Q    Is there anything individual about the

21   PEEK material that can make the cracks present in

22   this type of way?

23        A    No.  The only thing about the PEEK

24   material is its anisotropy both in terms of its

25   structure and its strength.  So the strength is
```

1    maximum along the length of the fibers and it is

2    minimal perpendicular to the fibers.  So the cracks

3    will always try to grow parallel to the fibers.  And

4    that's the delamination you're talking about.

5        Q    Now, your report also indicates that the

6    stripped screw hole is subjective of the fact that a

7    very substantial force was used -- or rather was

8    required to properly seek the placement bone.

9            MR. FULGINITI:  Sorry, what page again?

10       Is it the bottom of Page 3 going on to 4?

11           MS. STUPNEVICH:  Here we go.  Page 4.

12       Paragraph that starts with "Microcracks."

13   BY MS. STUPNEVICH:

14       Q    And on line 3, "Furthermore, the badly

15   damaged and stripped screw hole indicates that a

16   very substantial force was required to properly seat

17   the plate on the bone."

18       A    Yes.

19       Q    Can you quantify for me the type of force

20   or torque that you think would be required to

21   properly seat the plate on the bone in this case?

22       A    I know that the torque and the resulting

23   force was not enough to embed the head of the screw

24   into the plate.  And so it wasn't excessive in the

25   sense that the plate -- that it was over-torqued.

1    On the other hand, it was -- the torque was enough

2    such that the screw, when it was inserted in the

3    hole, was cross-threated in the hole.  And as we

4    know, if you cross-thread screws in holes, it takes

5    more torque to put them in.

6         Q    So is your position that the surgeon that

7    implanted the plate did not utilize excessive force

8    in -- during the implantation?

9         A    I see no evidence of excessive force,

10   because I think if there were excessive force the

11   screw head would have been embedded in the plate in

12   the same way that if one uses excessive force in

13   screwing a -- putting in a screw into a piece of

14   wood.  The screw head will also embed into the wood.

15   And I see no evidence of that.

16        Q    Okay.  As part of your preparation of this

17   report, did you review the operative reports that

18   were authored by the surgeon who performed

19   Mr. Curry's implant surgery?

20        A    I certainly reviewed his deposition and I

21   reviewed parts of the operative reports, yes.

22        Q    Okay.  Is there anything in the report

23   that suggests that either his technique was improper

24   of that he had difficulty with trying to align the

25   plate to the bone?

1       A     I see no evidence of that.  I think the

2   terms were used that things were routine or

3   whatever.  There was no evidence that there was any

4   difficulty.

5       Q     So then explain to me what you mean when

6   you say that the stripped screw indicates that a

7   very substantial force was required to properly seat

8   the plate on the bone.

9       A     Well, like I said, when the threads are

10  cross-threaded like that it takes more torque.  But

11  also in order to crack the plate in the way we see

12  it, it requires a bending in the direction

13  perpendicular to the length of the plate.  And

14  therefore it was sitting initially not flat on the

15  bone and the side was pulled down to make contact.

16      Q     But your position is that in order to pull

17  it down a substantial or excessive force is not

18  required?

19      A     Certainly more than if it were not

20  cross-threaded, if it were not pulled down.  But it

21  appears to me that the screw did not bury its head

22  in the material and, therefore, it wasn't excessive

23  in terms of what the material could tolerate.

24      Q     Now, if the plate had fractured during the

25  implantation, even if it was a partial fracture, is

1    this something that would have been immediately

2    noticeable?

3         A    Not necessarily, no.  That's one of the

4    problems with small cracks, is that the most

5    dangerous cracks are the ones that exist that you

6    don't know are there.  So, no, you wouldn't

7    necessarily see those.

8         Q    Would it have necessarily made a sound if

9    it wasn't visible?

10        A    Not necessarily, no.  Because this

11   material is not like glass, where it would go ping

12   or something like that.  It's a much more ductile

13   material.

14        Q    But it's possible that it would have made

15   a noise or a crack would have appeared immediately?

16             MR. FULGINITI:  Objection to form.

17             THE WITNESS:  I believe there were cracks.

18        Whether they would have appeared immediately,

19        whether they would have been visible to the

20        people watching this procedure is quite another

21        matter.

22   BY MS. STUPNEVICH:

23        Q    Now, later on in your report you also

24   indicate that the PEEK carbon fiber composite

25   material is uniquely susceptible to cracking.

1    What's your basis for that opinion?

2         A    This is the same thing that I was saying

3    earlier.  That one puts carbon fibers -- one puts

4    fibers like for example fiberglass into a material

5    to increase its strength in one direction.  That's

6    normally what is done.  So you get a very good

7    strength in one direction, but you pay for that with

8    a very reduced strength in the perpendicular

9    direction.  That's why it's called anisotropic.  So

10   first of all, it has this great strength in one

11   direction and no strength in the other.  And the

12   other thing is, and this is related to the fact that

13   it's carbon fiber, and this compares to say a

14   stainless steel plate, this plate cannot be

15   conformed to the shape of the bone.  I can't

16   remember the terminology that the surgeons used, but

17   they talk about using the stainless steel plate and

18   essentially pre-deforming the plate to conform to

19   the shape of the bone.  That is absolutely

20   impossible with a Carbofixed plate, because if you

21   do that it will crack.

22        Q    So there is a lot of information that you

23   gave me.  Let's unpack that a bit.  With regards to

24   the reduced strength in a perpendicular direction

25   that you contend comes of this type of material

```
 1   because strength is increased in the other

 2   direction, what testing have you done to make this

 3   determination that strength winds up being reduced

 4   in a different direction?

 5            MR. FULGINITI:  Objection to form.

 6            THE WITNESS:  The simplest experiment

 7        would be a split piece of wood.  The wood

 8        splits along the grain.  It doesn't split

 9        perpendicular to the grain for exactly that

10        reason.

11   BY MS. STUPNEVICH:

12        Q    So in your opinion the existence of those

13   type of cracks in and of itself indicates that there

14   is a reduced strength in that area?

15        A    Oh, yes.  Yes.

16        Q    Now, did you yourself perform any type of

17   test on this material to kind of gauge that opinion?

18        A    No.  I only observed the cracks and they

19   exist in the predicted directions.

20        Q    And, again, did you consult any literature

21   pertaining to this theory as to the idea that

22   strength is reduced in a perpendicular direction in

23   the PEEK material?

24        A    No.  Only my general knowledge about such

25   materials.
```

1        Q      Okay.  Now let's talk about what you said

2    about the fact that the plate cannot be formed to

3    conform to the shape of the bone.  Are you saying

4    that's the case for all carbon fiber plates?

5        A      Yes.

6        Q      What is your basis for that opinion?

7        A      Because such a material cannot plastically

8    deform without breaking the carbon fibers.  The

9    carbon fibers will deform very small.  And in fact,

10   even if you deform one of these plates until it

11   totally fractures, it will only change its length by

12   2 percent or something like that.  Whereas the

13   stainless steel plate will deform by 20 percent.

14   Much more.

15       Q      In your opinion, is the carbon fiber

16   composite PEEK material more flexible than stainless

17   steel?

18             MR. FULGINITI:  Objection to form.

19             THE WITNESS:  It is less deformable and it

20        is as rigid as stainless steel.  That is to say

21        it will not plastically deform, but it will

22        elastically deform.  So the two will

23        elastically deform by the same amount with

24        roughly the same forces.  But the stainless

25        steel, if you bend it with greater force it

1          will then change shape, whereas the carbon

2          fiber plate will break.

3    BY MS. STUPNEVICH:

4          Q    What tests have you done in between the

5    two materials to compare that?

6          A    I just know that as a material scientist.

7    That's what I do for a living.

8          Q    And can you cite any literature that

9    states that?

10         A    Oh, my goodness.  I'm sorry, I'm not

11   coming up with something.  But it's any text on the

12   deformation properties of materials would talk about

13   that.

14         Q    Okay.  And you also indicate in your

15   report, and this is in line that we were talking

16   about, that the PEEK composite material has low

17   tensile ductility?

18         A    Yes.  That's the same thing I talked about

19   before, the 2 percent, yes.

20         Q    In your opinion is the PEEK carbon fiber

21   composite material plate appropriate for use in

22   chronic nonunions as a general matter?

23              MR. FULGINITI:  Objection to form.

24              THE WITNESS:  I believe that the plate is

25          appropriate for any application where cracks do

1        not become introduced into the material during

2        installation.  So if the plate can be put in

3        position without exceeding the 2 percent

4        deformation then it would be okay.  But if it

5        cannot be, then it would not be okay.

6   BY MS. STUPNEVICH:

7        Q    Have you reviewed Mr. Curry's medical

8   records, his X-rays, anything like that in this

9   case?

10       A    I've certainly read through them.  There

11  is a lot of jargon that I don't necessarily

12  understand.  But, yes, I've read them.

13       Q    Do you believe that in this case the plate

14  could have been put in the position that you're

15  referring to where the cracks would not have

16  formulated?

17       A    I believe that it is almost -- it was most

18  likely, almost certain, I would think, that the

19  plate cracked, cracked not broken, but the plate

20  cracked during insertion.  And that was probably

21  unavoidable.

22       Q    Why do you say that was probably

23  unavoidable?

24       A    Because if it were avoidable they would

25  have done it.

1        Q    And do you think that it was unavoidable

2   because of the nature of the chronic nonunion that

3   Mr. Curry has?

4             MR. FULGINITI:  Objection to form.  He

5        wasn't talking about a nonunion.

6             THE WITNESS:  Yeah.  I was trying to avoid

7        the chronic nonunion, because I'm not sure that

8        I totally understand all of that.  But I was

9        referring to the conformity between the plate

10       and the bone.

11   BY MS. STUPNEVICH:

12       Q    So let's talk about that.  If we are

13   trying to conform a plate to the bone, does the

14   shape of the bone or does the existence of a bone

15   not play a factor in how well or how poorly a plate

16   can conform to it?

17       A    The shape of the bone, yes, a great deal.

18       Q    Is it fair to say if you have a bone

19   that's extremely damaged, that will affect how well

20   a plate conforms to it?

21             MR. FULGINITI:  Objection to form

22        "extremely damaged".

23             THE WITNESS:  If the plate is damaged so

24        that it has a shape that does not conform to

25        the plate, then of course that is a problem.

```
 1   BY MS. STUPNEVICH:

 2        Q    So the bone and its condition is something

 3   that affects how well a plate can conform to it,

 4   correct?

 5        A    Oh, yes.  Yes.  Whereas for a stainless

 6   steel plate, that's not the same problem.  And as we

 7   know, stainless steel plates, plural, replaced this

 8   device.

 9        Q    In your opinion, I'm sorry if I've asked

10   this before, do you believe that the use of this

11   plate was inappropriate in Mr. Curry's specific

12   case?

13             MR. FULGINITI:  Objection to form.

14             THE WITNESS:  Yes.

15   BY MS. STUPNEVICH:

16        Q    Why do you say that?

17        A    Because I believe that it was not possible

18   to install the plate without deforming it to the

19   extent that cracks were introduced into the plate.

20        Q    And is that based on the condition of his

21   bone that your -- what is your basis for saying that

22   it was not possible to install the plate without

23   deforming it?

24        A    Well, because I believe that if it were

25   possible that Dr. Suk and the Carbofix
```

1    representative would have found a way to do it such

2    that it was not deformed.

3         Q    Do you think that the condition of

4    Mr. Curry's bone is something that would have

5    affected whether or not it was possible to install

6    the plate without deforming it?

7              MR. FULGINITI:  Objection to form.

8              THE WITNESS:  I think that that has

9         everything to do with it.

10   BY MS. STUPNEVICH:

11        Q    This type of plate with this type of

12   material we have here, as a general matter, does it

13   need to be bent during surgery?

14        A    It needs to be bent a little bit almost

15   always, as long as that bending is less than

16   2 percent strained.  And that of course is said --

17   is stated in the literature and is not like a

18   stainless steel plate.

19        Q    Which would be bent greater?

20        A    You could bend it more.

21        Q    Got it.  Do you know what type of hardware

22   was utilized by Mr. Curry's surgeon to secure the

23   plate?

24        A    Yes.  It was titanium six force screws.

25        Q    Do you know if these were locking screws?

1      A     They appear to be locking screws, just by

2  the fact that they're threaded into the plate.

3      Q     Now, with locking screws, the fact that

4  they're screwed into a threaded hole, does that at

5  all eliminate or lessen the need for the plate to be

6  closely aligned with the bone?

7      A     No.

8      Q     Why not?  Wouldn't the locking screws keep

9  it in place once inserted into the thread hole?

10     A     The locking screws lock the threads

11 together, but if there is a gap between the plate

12 and the hole and the bone, that gap has to be

13 closed.  And that has nothing to do with locking or

14 non-locking screws.

15     Q     You also indicate in your report that the

16 main fracture occurred at a location of an abrupt

17 change in curvature of the plate?

18     A     Yes.

19     Q     Which also coincides with a hole for the

20 longest, most steeply inclined mounting screw.  Do

21 you remember that?

22     A     Yes.

23     Q     What is the significance of this, if any?

24     A     At least three different things.  One is

25 that the -- if you think of the plate as being

1   somewhat spoon-shaped, then the place where the

2   plate broke is in the most narrow portion of the

3   handle of the spoon where it joins the bowl of the

4   spoon.  That's the first thing.  The second thing is

5   that the screw is -- at that point position is very

6   highly inclined and, therefore, the locking threads

7   gouge into the plate most severely when it's steeply

8   inclined.  And the third reason I can't remember

9   right now.

10       Q    Okay.  What constitutes an abrupt change

11  in curvature?  How would you measure or define that?

12  How does it compare to a slight change in curvature?

13       A    Okay.  Well, again referring to a spoon,

14  spoon handles are almost never completely straight.

15  They're gently curved and have more or less a

16  constant curvature.  But then when you come to the

17  junction between the bowl of the spoon and the

18  handle of the spoon, then the curvature changes very

19  dramatically and it goes in the other direction.  So

20  right at that point you have that huge change in

21  curvature.

22       Q    So is any extent of curvature potentially

23  problematic with a plate like this?

24       A    No.  It's not the curvature itself.  It's

25  the fact that this indicates the area where the

1    underlying bone undergoes that change of curvature

2    and also where the bone has very high stress.

3    That's the third point I was making, is that that

4    change in the curvature is where the stresses are

5    highest.

6         Q    Okay.  You said you reviewed some of

7    Mr. Curry's medical records.  Do you recall

8    reviewing any images or any records that reference a

9    black drainage that had come from the incision?

10        A    A what?

11        Q    Black drainage.

12        A    Oh, yes.  Yes.

13        Q    In your opinion was this entirely the

14   result of the plate failing?

15        A    Certainly the black fibrous material

16   contained within the drainage had to be from the

17   fractured device.

18        Q    Is there a possibility that maybe an

19   infection contributed to this result or did it all

20   look as though it had come from the plate?

21             MR. FULGINITI:  Objection to form.

22             THE WITNESS:  I don't pretend to be --

23   BY MS. STUPNEVICH:

24        Q    Not from a medical standpoint.  I mean

25   based on your review and your knowledge of

 1    materials.

 2              MR. FULGINITI:  Materials or inspections?

 3              MS. STUPNEVICH:  Materials.

 4              MR. FULGINITI:  He's answered that, but go

 5         ahead.

 6              THE WITNESS:  The pathology report

 7         referred to fibrous material that was removed

 8         from the wound area, and that's certainly from

 9         the plate.

10    BY MS. STUPNEVICH:

11         Q    If the plate in this case was in fact

12    fractured during the implantation, would you expect

13    to see a widespread failure amongst a significant

14    number of implants of this kind?

15              MR. FULGINITI:  Objection to form.

16              THE WITNESS:  I think the question is if

17         this plate were cracked during installation and

18         that led to the eventual failure would I expect

19         that other plates would have been cracked

20         during installation, therefore, would fail.

21    BY MS. STUPNEVICH:

22         Q    Right.

23         A    I don't know how many other similar

24    installations there are, but I think that logic

25    would tell you that both should be examined

 1   carefully.

 2       Q    But looking at this type of a fracture and

 3   the tests you performed on the plate, the

 4   inspections that you've done, would you anticipate

 5   that with a plate of this nature you would see a lot

 6   of fracture incidents?

 7            MR. FULGINITI:  Objection to form.

 8            THE WITNESS:  If plates are installed in

 9       situations where you exceed the 2 percent

10       ductility and induce cracks, that is very

11       dangerous and very likely will form premature

12       failures.  I might add here that in engineering

13       in general we assume that all structural

14       devices contain cracks.  And the question then

15       is how big is the biggest possible crack and

16       lets me know how big the biggest possible crack

17       is, then we can calculate what is the highest,

18       the biggest stress that we can apply to that.

19       And that's the basis of the entire field of

20       fracture mechanics.

21   BY MS. STUPNEVICH:

22       Q    Makes sense.  Dr. Pope, also you indicate

23   in your report that there is no evidence of total

24   fracture of the plate during installation, but

25   partial cracking cannot be ruled out; is that

```
 1    correct?

 2              MR. FULGINITI:  Where are you reading

 3         from?

 4              MS. STUPNEVICH:  I'm reading from Page 3.

 5    BY MS. STUPNEVICH:

 6         Q    The paragraph that starts with, "This

 7    raises the question of whether," and if you go down

 8    to line 3, "near the fracture corresponds to the

 9    suture hole on the right side of the plate.  There

10    is no evidence of total fracture of the plate during

11    installation, but partial cracking cannot be ruled

12    out."

13         A    That's correct.

14         Q    Isn't it true that you also cannot

15    conclusively rule out the possibility that partial

16    cracking did not occur at the implant?  So in other

17    words, we can not say with certainty that this is

18    when it happened?

19              MR. FULGINITI:  Objection to form.

20              THE WITNESS:  I can say with certainty

21         that the cracks that were seen in the cross

22         sectional views towards the end of my report on

23         37, 36 et cetera, those were definitely formed

24         during installation.  And other cracks close to

25         the fracture surface, for example, the screw
```

1          that went into hole number 5 certainly produced

2          cracks in that hole as well.  So it is quite

3          clear that there were preexisting cracks from

4          the moment that this plate was installed.

5    BY MS. STUPNEVICH:

6          Q    And this is -- I don't want to have you

7    repeat what you told me during the course of your

8    deposition, but this is based on your overview of

9    the cracks and what they visually look like to you

10   and your knowledge of the materials?

11         A    Yes.

12         Q    Can you conclusively rule out that those

13   cracks that you reference specifically in 36 and 37

14   weren't caused by something like secondary trauma or

15   just biological complications or something else?

16             MR. FULGINITI:  Objection to form.

17             THE WITNESS:  No.  I see no other way that

18         those cracks could have been formed except

19         during the insertion of the screws.

20   BY MS. STUPNEVICH:

21         Q    Okay.  I think that might be all I have

22   for you.  Give me one second.  I'll look through my

23   notes.

24             MR. FULGINITI:  Can we step out for a

25         second?

```
 1              MS. STUPNEVICH:  Sure.

 2                      * * *

 3         (Whereupon, a brief recess was taken.)

 4                      * * *

 5              MS. STUPNEVICH:  That's all I have for

 6      you.

 7              MR. FULGINITI:  I have a couple questions.

 8                  E X A M I N A T I O N

 9  BY MR. FULGINITI:

10      Q    For the record, Ken Fulginiti.  I

11  represent Mr. Curry.  I just want to be clear.  With

12  regard to the use of this plate with Mr. Curry, I

13  want to make sure I understand.  You're not saying

14  that there was anything outwardly that would suggest

15  to Dr. Suk that this was the wrong application,

16  correct?

17              MR. FULGINITI:  Objection to form.

18              THE WITNESS:  Yeah.  I think it's quite

19         obvious that, of course, Dr. Suk thought it was

20         the correct application, but also the company

21         representative there didn't say anything that

22         it was the wrong application.  So I believe

23         that, yes indeed, there was appeared outwardly

24         to be the correct application of this plate.

25
```

```
 1   BY MR. FULGINITI:
 2        Q    And I think what you were saying before is
 3   that the potential for complications here is
 4   whenever you have this greater than 2 percent number
 5   that you were talking about?
 6        A    Yes.
 7        Q    Okay.  You're not in any way saying or
 8   suggesting that Dr. Suk misused the product or
 9   anything like that?
10        A    No, I believe not.  And again, it's
11   because everything seemed to have gone smoothly, as
12   they noted, and also the company representative was
13   there and made no comments about misuse or anything
14   like that.
15        Q    And this 2 percent that you were talking
16   about, I didn't see that anywhere in the
17   instructions for use.  Did you see that?
18        A    No, it is not in there.  It's only in the
19   test results that are contained in the FDA
20   information.
21             MR. FULGINITI:  Okay.  I have no further
22        questions.
23                  E X A M I N A T I O N
24   BY MS. STUPNEVICH:
25        Q    Just one or two follow-up.  When you say
```

1    that everything appeared outwardly to be correct for

2    the application, what do you mean by that?  Sorry.

3    Let me clarify.  During the procedure on Mr. Curry.

4         A    Well, I conclude that based on the fact

5    that first of all Dr. Suk said that things went

6    smoothly and normally or something like that.  But

7    also there is no evidence that the Carbofix

8    representative pointed out any difficulty or problem

9    or made any statement that this should be done

10   differently or whatever.  So it appears as though

11   both of those people thought it was okay.

12        Q    But you're saying it's based solely on the

13   operative report, I assume?  You obviously weren't

14   present during the procedure.

15        A    No.  Just --

16             MR. FULGINITI:  Objection to form.

17             THE WITNESS:  Just the information that we

18        have available, yes.

19   BY MS. STUPNEVICH:

20        Q    Okay.  But as far as appearing outwardly

21   to be the correct application, are you contending

22   that Mr. Curry outwardly appeared to be an

23   appropriate candidate for this plate?

24        A    I believe that Mr. Curry's humerus

25   appeared to be an appropriate place to use this

1    plate to Dr. Suk and to Mr. -- I forget his name

2    already, but the company representative.

3            MS. STUPNEVICH:  Okay.  That's all I have

4        for you.

5            MR. FULGINITI:  A full-size transcript is

6        fine.

7            MS. STUPNEVICH:  I'd like an E-mailed

8        transcript.

9                          * * *

10                    (Witness excused.)

11                         * * *

12              (Whereupon, the deposition concluded

13          at 12:55 p.m.)

14                         * * *

15

16

17

18

19

20

21

22

23

24

25

```
1

2                          I N D E X

3                          * * *

4    WITNESS:  David P. Pope, PH.D.

5    QUESTIONED BY:                        PAGE

6    Ms. Stupnevich                        3, 72

7    Mr. Fulginiti                         71

8

9                     E X H I B I T S

10                         * * *

11

12   NUMBER              DESCRIPTION          MK'D.

13   Pope-1              Curriculum Vitae       5

14   Pope-2              Report                25

15

16

17

18

19

20

21

22

23

24

25
```

1

2                    C E R T I F I C A T I O N

3

4

                I, Karen A. Stevens, a Court Reporter
5         and Notary Public, do hereby certify the
          foregoing to be a true and accurate transcript
6         of the proceedings in this matter, as
          transcribed from the stenographic notes taken
7         by me.

8                                    _____

9                                    Karen A. Stevens
                                     Court Reporter
10                                   Notary Public

11

12

13

14

15                (The foregoing certification of this
          transcript does not apply to any reproduction
16        of the same by any means, unless under the
          direct control and/or supervision of the
17        certifying reporter.)

18

19

20

21

22

23

24

25

**1**

**1**   39:1,15,19,22
**10**   16:13,23  48:1  49:2
**15**   26:20,25  27:7  47:7
  48:13,25
**16**   26:21  27:1
**17**   26:21  38:15,23
  41:6  47:8
**18**   26:22  35:5  38:2,3
**19**   35:7  38:16  41:6
  43:22  45:2
**1967**   9:1
**1998**   11:25

**2**

**2**   39:1,15,19,23  58:12
  59:19  60:3  63:16
  68:9
**20**   35:6  38:4  58:13
**200**   9:17
**2000s**   11:6
**2019**   23:6
**21**   35:7

**3**

**3**   39:1,15,19  52:10,14
  69:4,8
**34**   35:25
**35**   35:25  36:14,17,19
**36**   69:23
**37**   36:8  49:10  69:23
**38**   36:8,10  49:10
**39**   36:11  49:10

**4**

**4**   39:1,16,19  52:10,11
**41**   35:25
**42**   35:25
**45**   7:10  43:4

**5**

**5**   39:1,16,19  40:22
  47:18

**8**

**8**   38:24,25  47:19

**A**

**above-mentioned**   6:25
  25:22
**abrupt**   64:16  65:10
**absolutely**   44:7  51:11
  56:19
**activities**   11:23
  12:3,7
**actual**   20:11
**add**   68:12
**addition**   39:16
**administrative**   7:19
  8:6
**affect**   61:19
**affected**   63:5
**affects**   62:3
**ahead**   21:10  67:5
**align**   53:24
**aligned**   64:6
**aluminum**   13:6
**amount**   14:14  58:23
**analysis**   19:6  49:12
**analyzed**   17:11
**angle**   27:14  28:1,3
**anisotropic**   56:9
**anisotropy**   51:12,24
**Anthony**   6:11
**anticipate**   68:4
**appeared**   55:15,18
**appears**   54:21
**application**   59:25
**applied**   34:12  37:3
  42:1  44:2
**applies**   44:4
**apply**   68:18
**approximately**   4:3  5:8
  7:10  9:11,17,19,22
  16:21
**area**   21:7  22:20  27:12
  28:2  36:14  47:8
  48:8,23,25  49:2,17
  57:14  65:25  67:8
**areas**   31:20,23  38:1

**B**

48:6
**arm**   29:21
**arrive**   32:2,5
**arrived**   40:13
**ascertain**   20:22
**associate**   7:18  8:2,9
**assume**   68:13
**assumption**   33:12
**attached**   42:4
**August**   4:7
**authored**   53:18
**avoid**   61:6
**avoidable**   60:24
**aware**   14:18  21:19

**B**

**Bachelor's**   8:21
**back**   41:6  49:23
**background**   8:20
**badly**   37:24  52:14
**ballpark**   23:2
**based**   29:11  33:16
  47:18  62:20  66:25
**basis**   28:13  37:23
  40:18  43:11  56:1
  58:6  62:21  68:19
**bear**   9:15
**behave**   13:3  37:1
**behavior**   10:8  13:12
**Bellots**   6:11
**bench**   19:2  20:15
**bend**   58:25  63:20
**bending**   15:5  31:16
  34:25  36:22  42:24
  43:2,5,7  44:2,8
  46:23  54:12  63:15
**bent**   42:25  63:13,14,
  19
**big**   68:15,16
**biggest**   68:15,16,18
**bit**   9:13  12:15  27:12
  56:23  63:14
**black**   66:9,11,15
**blank**   16:19
**bodies**   51:18
**bone**   16:4  27:21  41:23
  42:4  52:8,17,21
  53:25  54:8,15  56:15,
  19  58:3  61:10,13,14,

17,18 62:2,21 63:4
64:6,12 66:1,2
**books** 10:24 11:3,8,
17,20 12:4 22:2
34:14
**bottom** 52:10
**bowl** 65:3,17
**break** 3:20,23 29:22
37:5 59:2
**breaking** 58:8
**briefly** 8:19 12:14
**brittle** 13:9,11
**broad** 23:13
**broke** 49:16 65:2
**broken** 19:7 23:15
49:13,14 60:19
**bury** 54:21

## C

**calculate** 68:17
**California** 8:23 9:4
**call** 10:12
**called** 13:10 56:9
**calls** 21:9
**Caltech** 8:24 9:8
**Carbofix** 3:18 6:2
14:15 62:25
**Carbofixed** 56:20
**carbon** 10:21 14:16,25
15:11,13 16:8,16,22
21:4,14 44:20 45:4
46:5 49:5 50:16,18,
22 51:4 55:24 56:3,
13 58:4,8,9,15 59:1,
20
**career** 8:16 12:17
**careful** 15:24
**carefully** 13:1 32:15
40:20 68:1
**case** 3:19 22:11,24
33:8 34:5,12 49:17
52:21 58:4 60:9,13
62:12 67:11
**cases** 5:8 40:24
**caused** 29:13 45:25
46:5
**caveat** 3:21
**cellulose** 51:14

**ceramic** 13:6
**certainty** 22:12
30:16,22 69:17,20
**certification** 3:4
**certifications** 13:20,
23 22:8
**cetera** 69:23
**chairman** 8:8,10,12
**change** 43:14 58:11
59:1 64:17 65:10,12,
20 66:1,4
**chapter** 16:9
**chapters** 10:24 11:3,
8,17,20 12:5 22:2
**check** 39:23
**choices** 46:9
**chronic** 59:22 61:2,7
**circled** 41:9
**circles** 35:8
**cite** 59:8
**clarify** 16:5 18:8
**clear** 27:3 28:4
**clinical** 19:12 20:15
**close** 35:14 69:24
**closed** 64:13
**closely** 64:6
**coincides** 64:19
**common** 17:16 50:17
**compare** 59:5 65:12
**compares** 56:13
**comparing** 23:17
**comparison** 33:4
**completely** 65:14
**complies** 38:17
**composite** 14:16,19,25
15:5,11 18:16 21:5,
13,14 50:18,22 55:24
58:16 59:16,21
**composites** 15:14
**compounds** 12:19,20
**comprised** 12:21
**compromised** 40:15
**conceivable** 28:19
29:19 42:2,9 50:14
**concentrated** 48:23
**conclude** 40:2 42:20
**concluding** 34:23
**conclusion** 21:9 29:16
32:3,6 40:13,14,18
43:14

**conclusions** 25:16
**conclusively** 69:15
**condition** 62:2,20
63:3
**confirm** 24:5
**conform** 56:18 58:3
61:13,16,24 62:3
**conformed** 56:15
**conformity** 61:9
**conforms** 61:20
**conical** 27:11
**connected** 40:2,6
**connection** 4:11 5:7,
17 34:23
**constant** 65:16
**constitutes** 65:10
**consult** 34:4,7 50:11
57:20
**consulted** 18:3 29:16
34:22 50:3
**consulting** 18:5
**contact** 54:15
**contained** 66:16
**contend** 56:25
**contents** 5:23
**contributed** 11:4
66:19
**copy** 6:20
**correct** 6:10 9:18
11:25 19:14,19 20:13
36:14 41:5 62:4
69:1,13
**correctly** 43:10
**corresponds** 69:8
**corroded** 19:8
**counsel** 3:2
**couple** 30:25
**covered** 20:1
**crack** 26:13 33:13
37:2,3,5,6,7,9,10,11
40:22 47:11 48:1,3,
14,19,20,24 49:16
54:11 55:15 56:21
68:15,16
**cracked** 46:12 60:19,
20 67:17,19
**cracking** 45:25 46:6,
13,16,18 49:11 55:25
68:25 69:11,16

**cracks**  23:19 24:20,
  21,23 31:24 32:11,18
  33:2,9,11,20,24
  34:6,15 35:3,8,10,
  12,13,14,18 36:5,8,
  10,20 37:1,15,18,25
  40:6,7,25 41:7,18,
  20,22 42:2,9,20
  43:3,8,11,12,17
  44:9,12,21 45:3,5
  46:22 47:2,12,16
  48:1,5 49:13,14,19
  50:7,9,24 51:17,21
  52:2 55:4,5,17
  57:13,18 59:25 60:15
  62:19 68:10,14
  69:21,24
**create**  29:25 30:5
**created**  30:18 31:2
**credible**  46:11
**cross**  23:22 32:7,14,
  17,19 33:5 39:20,25
  40:10,17 69:21
**cross-thread**  29:23
  30:6 53:4
**cross-threaded**  27:22
  30:1 54:10,20
**cross-threading**  29:25
**cross-threated**  53:3
**crux**  50:8
**Crystal**  12:23
**crystals**  12:25
**current**  7:15
**Curriculum**  6:20
**Curry**  22:14,15 61:3
**Curry's**  53:19 60:7
  62:11 63:4,22 66:7
**curvature**  64:17
  65:11,12,16,18,21,
  22,24 66:1,4
**curved**  65:15
**cut**  25:12 32:19,25
**cuts**  32:13
**cutting**  23:20

---

**D**

**damage**  28:15,19
  39:12,19 46:25 47:9
**damaged**  27:1 31:21,22
  37:25 38:1,13 39:6

**damaging**  28:2 46:20
**dangerous**  55:5 68:11
**data**  47:25
**DAVID**  3:9
**day**  23:3
**deal**  12:23 21:20 22:2
  46:24 61:17
**dealing**  19:17
**deals**  21:24
**dean**  8:9
**Defendant**  3:18
**define**  65:11
**deform**  58:8,9,10,13,
  21,22,23
**deformable**  58:19
**deformation**  12:18
  59:12 60:4
**deformed**  26:18 37:24
  63:2
**deforming**  62:18,23
  63:6
**degree**  8:21 22:11
  30:16,21
**degrees**  43:4
**delamination**  44:20
  45:3,24 46:4,13
  49:4,7 50:15 51:3,
  12,14 52:4
**Delaware**  23:9
**density**  24:22
**department**  8:8,11,12,
  13
**depend**  29:5
**depends**  51:12
**deposition**  5:21 6:7,
  18 53:20
**depositions**  6:1
**describe**  8:7,19 11:7,
  9 26:8
**design**  17:17,23 18:3,
  6,15,20 20:5
**designed**  42:24
**designing**  17:24 18:2,
  10,12
**destructive**  39:21
**detail**  23:16,19 26:15
**determination**  33:1
  57:3

**determine**  24:21 28:7
  29:12 45:14 48:18
  49:6,24
**determined**  13:7 14:21
  31:20
**device**  32:8 33:25
  48:21 62:8 66:17
**devices**  4:12,17,19
  10:18 11:18 12:8
  13:21 14:3,7 15:25
  16:7 17:9,10,14
  19:13,16 20:19 68:14
**difficult**  32:13 37:11
**difficulties**  19:7
**difficulty**  37:12
  53:24 54:4
**direction**  43:2,7,11,
  13,16 45:15 54:12
  56:5,7,9,11,24 57:2,
  4,22 65:19
**directions**  57:19
**discussed**  17:3 19:21
  20:8 24:24 30:15
  35:4
**Doctor**  7:5
**document**  7:1 25:23
**documented**  25:15
**dotted**  36:18
**double**  39:23
**doubt**  42:6
**dozen**  4:19 11:24
**dozens**  33:8,9
**drainage**  66:9,11,16
**dramatically**  65:19
**drawing**  29:16 40:18
**driven**  46:22
**ductile**  13:11 55:12
**ductility**  9:25 59:17
  68:10
**duly**  3:10

---

**E**

**earlier**  15:25 17:9
  20:8 31:8 32:20
  39:25 56:3
**early**  11:6
**easiest**  46:13
**easily**  32:18 37:11

educational  8:20
effect  33:24 36:21
effects  34:6,15 35:13
  50:7
elaborate  12:15 32:9
  43:23
elastically  58:22,23
elevated  10:9 11:14
eliminate  64:5
emanates  48:2
embed  52:23 53:14
embedded  53:11
employed  7:11
end  23:21 43:8,9,21,
  24 44:7,9,10 69:22
ended  5:3
engineering  8:15
  22:8,12 30:22 68:12
enlarged  36:9
entail  23:11
entailed  23:15 32:10
entire  50:9 68:19
essentially  6:21
  27:21 36:14 56:18
eventual  67:18
eventually  27:20
evidence  53:9,15
  54:1,3 68:23 69:10
examination  23:22
  28:11 32:7 39:21,22
examine  38:6
examined  3:11 67:25
examining  23:18
examplar  24:16 33:9,
  13 38:25 39:14
examples  46:19
exceed  68:9
exceeding  60:3
excessive  52:24 53:7,
  9,10,12 54:17,22
excuse  32:22
exemplar  23:17 24:1,3
  25:3,6,8,11 32:20,24
  33:11 47:19
exertion  44:14
exhibit  47:4
exhibits  27:4
exist  44:9 55:5 57:19
existence  57:12 61:14

existing  31:22 37:19
exists  50:6
expect  67:12,18
experience  17:4,17,20
  19:22 20:2 29:6
  33:17 41:3
experienced  19:7
experiment  57:6
expert  3:25 4:6,10
  5:16
explain  20:24 21:6
  40:12 45:17 54:5
explained  44:13
explanation  50:15
explant  29:24 42:10,
  16
explanted  28:20,23
extend  41:13
extends  47:10
extension  20:10
extent  21:8 62:19
  65:22
extremely  61:19,22

───────────────

F

───────────────

facilities  8:17
fact  19:17 27:18 52:6
  56:12 58:2,9 64:2,3
  65:25 67:11
factor  61:15
factors  48:18
fail  15:6 67:20
failed  16:2
failing  66:14
failure  16:7 21:21
  67:13,18
failures  68:12
fair  9:24 12:2 14:14
  19:10 29:10 61:18
familiar  34:8 50:13
fast  50:10
fasteners  29:7
fatigue  34:2,15 44:4,
  5
fatigued  50:7
features  35:2
feel  26:2
fellow  8:24 9:6

fiber  14:16,25 15:11,
  13,14 16:8,16,22
  21:4,14 45:5,14 46:5
  49:5 50:16,18,22
  51:4 55:24 56:13
  58:4,15 59:2,20
fiberglass  56:4
fibers  21:16 44:20
  45:4,7,10 46:19
  51:14 52:1,2,3 56:3,
  4 58:8,9
fibro  10:21
fibrous  66:15 67:7
field  7:23 50:9 68:19
Fifty-one  7:13
figure  26:20,21,25
  27:1,7 35:5,7 36:8,
  10,17,19 38:2,3,15,
  23,24,25 41:6 43:22
  44:1 45:2 47:7,19,25
  48:13,25 49:2
figures  35:17,25
  36:3,12 44:22 45:21
  47:23,24 49:10
file  5:22,23 47:25
filing  3:3
finally  13:9
find  31:23 32:12
  38:12 39:6 40:23
  47:3 50:9
findings  25:16 26:4
fixed  12:21
flat  54:14
flexible  58:16
foci  10:3,4,6
focus  9:25 10:17,20
  11:7,12,13,18,20
  12:3,8,10 35:3
focused  12:17 13:14,
  17
follow  9:16 28:23
  30:3 48:7 50:9
force  42:22 44:14
  52:7,16,19,23 53:7,
  9,10,12 54:7,17
  58:25 63:24
forceps  42:17
forces  58:24
foreign  51:17
form  3:5 4:24 10:2
  11:10 14:4 17:6

19:4,24 22:4 23:12
27:9 28:9 29:3
30:10,19 31:3 32:21
33:18 36:23 37:10,17
40:4 41:11 42:5,12
43:15 44:15 46:7,13
47:20 48:9,16 49:8
50:19 51:7,17 55:16
57:5 58:18 59:23
61:4,21 62:13 63:7
66:21 67:15 68:7,11
69:19
**formed** 41:20,22 42:3,
10 43:3,5 58:2 69:23
**forming** 29:1
**forms** 37:12 46:16
**formulated** 42:21
60:16
**formulating** 34:5 50:3
**found** 39:19 40:25
63:1
**fracture** 12:19 13:1
19:18 20:22 22:11
23:20 26:12 35:5
40:12,15 41:4 48:8,
15 49:11 54:25 64:16
68:2,6,20,24 69:8,
10,25
**fractured** 48:24 54:24
66:17 67:12
**fractures** 58:11
**free** 26:2 33:13
**Fulginiti** 4:24 6:6,8,
12,14 10:2 11:10
14:4 17:6,23 18:5
19:4,24 20:6,17
21:8,12,25 22:4
23:12 27:3,9 28:3,9
29:3 30:10,19 31:3
32:21 33:18 35:19
36:23 37:16 40:4
41:11 42:5,12 43:15
44:15,25 46:2,7
47:3,20 48:9,16 49:8
50:19 51:7 52:9
55:16 57:5 58:18
59:23 61:4,21 62:13
63:7 66:21 67:2,4,15
68:7 69:2,19
**Fulginiti's** 6:16

## G

**gap** 64:11,12
**gauge** 57:17
**gave** 56:23
**general** 11:13 51:5
57:24 59:22 63:12
68:13
**generally** 7:23
**gently** 65:15
**give** 34:17 38:21
**glass** 55:11
**good** 3:16 56:6
**goodness** 59:10
**gouge** 65:7
**grade** 14:13
**grain** 45:8,11 57:8,9
**great** 9:16 12:23
21:20 46:24 56:10
61:17
**greater** 58:25 63:19
**greatly** 31:25
**grow** 31:24 37:6,7,8
48:20 52:3
**grows** 37:11 48:19
**growth** 12:24
**guess** 40:16

## H

**half** 9:11
**hand** 53:1
**handle** 65:3,18
**handles** 65:14
**happened** 69:18
**hardware** 63:21
**head** 27:15 34:11
52:23 53:11,14 54:21
**heads** 26:19
**held** 7:8,9,14 8:5,16
9:9
**helical** 28:15
**hesitating** 4:16
**high** 13:1,2,4 30:21
66:2
**higher** 45:19
**highest** 66:5 68:17

**highly** 48:22 65:6
**hold** 9:10 22:7
**hole** 26:24 27:2,11,
16,18,19 28:17
32:14,17 37:20,24
38:1 39:22,23 40:21
41:1 47:9,16,17
48:3,14 49:18 52:6,
15 53:3 64:4,9,12,19
69:9
**holes** 26:6,11,13,14,
18 28:18 31:15 34:24
35:15 38:6,10,11,12,
19 39:1,4,6,8,10
41:2,3,9,14,19,22
43:20 53:4
**honestly** 11:5
**huge** 33:25 65:20
**hugely** 37:6
**humeral** 10:21
**humerus** 5:18 11:21
12:10 13:18,24 15:22
16:3 19:22 20:5,11,
16 21:2 22:23 35:8
**hundred** 4:4

## I

**idea** 57:21
**identification** 7:2
25:24
**identified** 35:7 41:7
**identifies** 35:18
**identify** 14:23 38:19
**image** 36:5
**images** 35:17 36:13,16
66:8
**imagine** 5:9
**imaging** 49:25
**immediately** 55:1,15,
18
**implant** 18:11,15 30:2
42:22 53:19 69:16
**implantation** 44:14
53:8 54:25 67:12
**implanted** 28:22 53:7
**implants** 5:18 10:22
13:15 17:5,18,21
18:13,20,24 19:3,6
67:14

implicate  18:6
important  13:12 21:18
  35:1
impossible  30:13
  56:20
improper  53:23
inappropriate  62:11
incidents  68:6
incision  66:9
inclined  64:20 65:6,8
increase  56:5
increased  57:1
indicative  31:15 48:6
individual  14:22
  51:20
induce  68:10
infection  66:19
information  6:2 56:22
initially  54:14
initiation  20:22
inserted  27:14 28:1,
  18 30:7 37:19 39:9,
  11,15 53:2 64:9
inserting  41:19
insertion  60:20
inside  10:14 32:12
  35:15 41:9
inspect  38:6 39:4
inspected  22:23 38:18
inspection  23:1,6,11,
  14 25:16 26:4,6
inspections  28:6 67:2
  68:4
install  62:18,22 63:5
installation  60:2
  67:17,20 68:24
  69:11,24
installations  67:24
installed  68:8
installing  17:10
instance  18:18 48:12
  50:16
Institute  8:23 9:4
Institution  9:3
institutions  8:17
instruments  17:11
intended  13:2
interest  14:17
interests  12:14 13:14

interface  13:8
intermetallic  12:19,
  20
intermetallics  9:25
introduced  60:1 62:19
involve  18:20
involved  4:22 16:25
  18:13,24 19:6,11
  22:23 24:1,16,18,25
  25:13 26:6 33:4
  39:3,18
involvement  20:5,10,
  14
isotropic  51:16
issue  50:4
issues  4:22
items  5:25

---

### J

jargon  60:11
joined  46:10
joins  65:3
July  4:9
junction  65:17
junior  7:17,21

---

### K

Kateryna  3:17
kind  17:14 18:15 19:8
  43:6 49:11 57:17
  67:14
kinds  4:20 26:10
  34:16
knowledge  57:24 66:25

---

### L

labeled  35:8
Laboratories  23:8
large  38:6 44:21
  49:16
lateral  43:5
layer  49:5
layering  50:16
layers  44:20 46:5,9
leading  43:11
led  40:1 67:18

left  38:7
legal  21:9
length  43:1,3 52:1
  54:13 58:11
lessen  64:5
lets  68:16
levels  39:12
licenses  22:8
life  20:25
lifts  42:18
lignin  51:15
listed  5:25
literally  33:8
literature  14:2,24
  15:9,22 28:25 29:6
  33:16,22 34:1,2,4,8,
  10 50:2,6 57:20 59:8
  63:17
litigated  4:18
litigation  4:1,6,11,
  23 5:2,13,17
living  59:7
load  31:25 37:2
location  40:17,19
  43:19 64:16
lock  64:10
locking  63:25 64:1,3,
  8,10,13 65:6
logic  67:24
long  7:8,11 9:9,10
  16:12,14 33:21 63:15
longest  64:20
looked  4:16,19,21
  16:1,6,8,12,22 25:8
  38:10 40:20
lot  9:15 47:21 56:22
  60:11 68:5
love  18:16
low  13:10 59:16
lower  48:2 49:1
lowish  13:10

---

### M

made  14:16 28:16
  55:8,14
magnification  45:19,
  22
magnified  37:6

**Mahoney**  3:17
**main**  15:7 64:16
**major**  10:4 44:1
**make**  33:1 51:21 54:15
  57:2
**makes**  21:6 42:20
  44:17 45:24 46:1,4
  68:22
**making**  66:3
**manufacture**  17:21
  18:24 20:11,19
**manufactured**  16:17
  50:23
**manufacturer**  18:19
  44:4
**manufacturers**  20:7
**March**  23:5
**mark**  6:22 25:19,20
**marked**  7:1 25:23
**Master's**  8:22
**match**  27:19
**material**  7:6,24,25
  8:14 10:14 14:15
  15:21 21:13,15,24
  22:3 37:3,5 45:6,9
  46:14 49:15 50:6,18
  51:5,13,19,21,24
  54:22,23 55:11,13,25
  56:4,25 57:17,23
  58:7,16 59:6,16,21
  60:1 63:12 66:15
  67:7
**materials**  7:24,25
  10:8,16 12:20,24
  13:2,9,12 14:1,5,11,
  19,20,24 15:6,10
  18:16 21:5,17,18
  34:16 46:17 50:8,12
  57:25 59:5,12 67:1,
  2,3
**matrix**  45:3
**matter**  7:21 14:10
  15:1,3,8,16,23 55:21
  59:22 63:12
**matters**  4:15 8:3
**maximum**  46:23 48:7
  52:1
**meaning**  43:19
**means**  49:15
**meant**  10:9

**measure**  65:11
**measuring**  23:16
**mechanical**  8:14 33:24
**mechanics**  68:20
**mechanism**  40:15 49:17
**medical**  4:12 10:18
  11:18 12:8 13:21
  14:2,6 60:7 66:7,24
**mentioned**  8:5 9:5
  27:25 29:24 30:25
**met**  22:14 23:4
**metal**  13:5
**metallographic**  23:23
  33:21
**metals**  12:21
**Microcracks**  52:12
**Micron**  23:8
**microscope**  23:19 25:9
**microscopic**  28:11
  29:14 36:13,16 49:25
**microscopy**  24:15
**mind**  21:7 23:11 35:19
  44:21,25
**mine**  14:17
**minimal**  52:2
**moment**  38:21
**morning**  3:16
**Morris**  3:17
**mounting**  64:20
**mouthful**  26:12
**move**  50:10
**movement**  29:21,22
  42:3

---

**N**

**narrow**  65:2
**nature**  61:2 68:5
**necessarily**  4:23
  15:14 27:19 46:6
  55:3,7,8,10 60:11
**NI3AL**  12:22
**noise**  55:15
**non-locking**  64:14
**nonunion**  61:2,5,7
**nonunions**  59:22
**normal**  7:18
**note**  26:5 44:19
**noticeable**  55:2

**nucleates**  37:12
**number**  5:11 39:1,22,
  23 40:22 47:17 48:13
  67:14
**numbers**  24:22 31:24
**numeration**  39:3 47:18
**numerous**  4:17 41:7

---

**O**

**objection**  4:24 10:2
  11:10 14:4 17:6
  19:4,24 20:6,17 21:8
  22:4 23:12 27:9 28:9
  29:3 30:10,19 31:3
  32:21 33:18 36:23
  37:16 40:4 41:11
  42:5,12 43:15 44:15
  46:2,7 47:20 48:9,16
  49:8 50:19 51:7
  55:16 57:5 58:18
  59:23 61:4,21 62:13
  63:7 66:21 67:15
  68:7 69:19
**objections**  3:5
**objective**  24:12
**observed**  57:18
**obtain**  8:25
**obvious**  36:9
**occur**  10:14 48:8
  69:16
**occurred**  28:20 64:16
**office**  6:6
**ombudsman**  8:9
**ongoing**  4:23 5:2
**opaque**  24:10
**open**  3:21
**operative**  53:17,21
**opine**  22:10
**opined**  4:21
**opinion**  28:13 29:1,12
  33:14 34:5 37:23
  41:17 43:12 56:1
  57:12,17 58:6,15
  59:20 62:9 66:13
**opinions**  50:3
**opposed**  51:5,8
**order**  33:1 54:11,16
**ordinary**  29:20 42:3
  51:13

origin  24:21 28:7,14
  29:12 49:6,24
orthopedic  4:11,19
  10:18 11:18 12:8
  13:15,21 14:2,6
  15:25 16:6 17:5,12,
  18,21 18:11,12,19,24
  19:3,12,16
over-torqued  52:25
overlayer  13:6
overly  23:13
oxide  13:7

_____

P

Pages  35:25 49:10
papers  15:2,16
paragraph  52:12 69:6
parallel  45:5,7,8,9
  52:3
part  38:18 47:24
  53:16
partial  48:2 54:25
  68:25 69:11,15
participated  18:10
  19:1,11
participating  18:2
participation  20:4
parties  3:3
parts  53:21
passed  26:12 40:22
path  28:16,24
pathology  67:6
pattern  23:20 27:25
  28:8 29:2 30:4,18
  31:10
patterns  26:5,8,10
  27:8,16 29:13,17,20
  31:15 34:24 40:2,5
pay  56:7
PEEK  14:16,25 15:11,
  13 21:14,24 22:3
  50:18 51:4,21,23
  55:24 57:23 58:16
  59:16,20
Pennsylvania  7:7,12,
  15
people  21:19 55:20
percent  58:12,13
  59:19 60:3 63:16
  68:9

perform  23:25 32:5
  57:16
performance  33:25
performed  9:7 19:1
  24:15,25 25:4,6 40:1
  53:18 68:3
performing  24:13
perpendicular  45:10,
  11 46:18 47:1,12
  48:5,14 52:2 54:13
  56:8,24 57:9,22
pertaining  4:23 15:10
  19:12 20:16 22:21
  29:17 57:21
pertains  19:2
pertinent  34:12
PH.D.  3:9
phase  10:12 11:15
phases  14:22
Phd  8:22,25
photographing  23:16
  25:7
photographs  6:2,3
  36:18 42:18
physical  44:17
picture  35:17
piece  53:13 57:7
pieces  51:13
ping  55:11
place  23:2,7 36:7
  40:11 41:23 46:10
  64:9 65:1
placement  52:8
Plaintiff  22:16
plastically  58:7,21
plate  14:12,16 22:23
  23:15,17,18,21 24:1,
  3,10,16,17,18,20,25
  25:13 26:6 32:1,11,
  12 33:8,10,11,13
  35:11,13,15 36:15
  38:8,25 39:3,14,18
  40:3,6,7,8,21 41:8,
  23 42:1,4,10,23,24
  43:8,9,21,25 44:2,6,
  7,9,10 47:11,13,18
  48:6 52:17,21,24,25
  53:7,11,25 54:8,11,
  13,24 56:14,17,18,20
  58:2,13 59:2,21,24
  60:2,13,19 61:9,13,

  15,20,23,25 62:3,6,
  11,18,19,22 63:6,11,
  18,23 64:2,5,11,17,
  25 65:2,7,23 66:14,
  20 67:9,11,17 68:3,
  5,24 69:9,10
plate's  31:16 34:24
plates  5:18 11:21
  12:11 13:18,24 15:22
  16:1,4,5,8,16,22
  19:23 20:5,11,16
  21:3 33:3 35:13 47:1
  58:4,10 62:7 67:19
  68:8
play  61:15
plenty  10:25
plural  62:7
point  36:4 43:2,4
  45:17 47:22 65:5,20
  66:3
pointing  36:13 44:22
points  44:1
polymeric  15:13 21:5,
  15
poorly  61:15
Pope  3:9,16 20:21
  22:7,14 26:2 27:7
  68:22
Pope-1  6:23 7:2
Pope-2  25:20,24
portion  24:10 27:11,
  16 65:2
portions  25:11 26:16
position  7:8,9,16 9:9
  43:17,19 53:6 54:16
  60:3,14 65:5
positions  7:14 8:6,17
possibilities  30:17,
  24
possibility  31:11
  66:18 69:15
possibly  31:1 50:21
post-doctoral  8:24
  9:6
posts  7:19
potential  5:2
potentially  65:22
practice  33:21
pre-deforming  56:18
pre-threaded  27:18

predicted  57:19
preexisting  34:15
  37:9,15,16 48:19
  50:24
premature  68:11
preparation  6:7,17
  53:16
prepare  5:20 32:15
presence  6:9,13,16
present  51:21
pretend  66:22
primarily  12:3
problem  61:25 62:6
problematic  65:23
problems  19:7 55:4
procedure  33:23 55:20
process  18:20
processes  21:21
produce  31:9 43:6
produced  25:15 27:20
  28:22
product  45:6
profession  7:5
professional  11:23
  12:3,7 22:8
professor  7:6,17,18,
  21 8:2
progression  50:10
projects  18:14
propagate  49:21
properly  46:10 52:8,
  16,21 54:7
properties  7:25 10:1,
  10 11:15 12:22
  14:18,19,20,21 34:16
  50:8 59:12
protection  13:5
protruding  26:16
proximal  5:17 10:21
  11:21 12:10 13:18,24
  15:22 16:3 19:22
  20:5,11,16 21:2
  22:23 23:21
publication  9:20
publications  9:18,25
  10:17,20 12:4 21:23,
  25 22:1
published  9:17,21
  11:1

pull  54:16
pulled  54:15,20
purpose  24:4,9,19
  49:12
put  10:11 41:19,21
  53:5 60:2,14
puts  56:3
putting  53:13

Q

qualification  20:19
qualified  20:22 21:1,
  6
quantify  52:19
question  3:21,22 4:18
  13:3,5 31:7 33:23
  35:24 40:16 49:23
  50:21 51:2 67:16
  68:14 69:7
questioning  22:21
questions  3:6,19 13:4
  15:25 26:3
quickly  49:21
quote  16:9

R

radio  24:10
radiographs  24:11
radiography  23:25
  24:13
raises  69:7
rajas  17:15
rapidly  37:8 48:18
ratios  12:21
reaches  42:17
read  60:10,12
reading  69:2,4
reason  57:10 65:8
reasonable  30:16
  33:12
recall  5:6 9:1 15:18
  16:11,15 23:1,6
  24:14 25:9 34:11
  38:9,11 39:22 66:7
recent  9:20 11:1,24
recess  35:22
record  23:5

records  60:8 66:7,8
red  36:17
reduce  31:25
reduced  56:8,24 57:3,
  14,22
refer  5:24 26:2
  47:17,25
reference  34:17 66:8
referenced  15:3,15,
  16,17,18
referred  27:4 67:7
referring  26:23 35:9,
  14,18 36:6 38:23
  44:23 45:1 47:2 49:9
  50:5 51:3 60:15 61:9
  65:13
regard  15:1 16:6
  21:2,4 24:16 25:3
  27:24 29:1 33:14
reinforced  45:6 50:22
related  5:1 7:25
  10:8,12,13,15 11:14
  13:4 14:6 15:4 20:18
  40:7 56:12
relates  33:2
relating  19:15
relation  14:25 31:17,
  19
relative  43:19,21
relied  29:6
rely  29:1 33:15
remaining  49:15
remember  5:4 6:4 11:5
  34:18,19 56:16 64:21
  65:8
removed  30:6 67:7
rephrase  51:2
replaced  62:7
report  5:25 6:1 15:20
  22:21 25:15 26:5,21,
  22 35:6 36:1 41:7
  44:19 49:11 52:5
  53:17,22 55:23 59:15
  64:15 67:6 68:23
  69:22
reports  6:2,3 15:17
  53:17,21
represent  3:18
representative  63:1
required  52:8,16,20
  54:7,18

requires  54:12
research  8:24 9:6
  11:13 12:14,16 13:13
reserved  3:6
respective  3:2
result  27:13,17 41:18
  42:3 43:1 44:10
  66:14,19
resulted  29:20 35:12
resulting  44:21 52:22
resume  6:21 9:14,16
retailer  18:19
review  53:17 66:25
reviewed  5:22 53:20,
  21 60:7 66:6
reviewing  66:8
riddled  49:19
rigid  58:20
rough  5:11 27:12
roughly  58:24
routine  54:2
rubbed  26:14,15
rubbing  27:15
rule  30:16 31:11
  69:15
ruled  68:25 69:11
run  43:8 45:5

_____

S

sample  23:20,23
science  7:6,24 8:1,14
  50:6
scientist  59:6
scope  18:23
scratch-free  32:16
screw  26:5,11,13,14,
  17,18,23 27:2,14,15
  28:16,17,18,20,21
  29:25 30:5 31:15,21,
  23 34:24 37:19 39:4,
  6 40:21 41:9,13,19,
  21 42:22 43:20 47:9
  48:14 52:6,15,23
  53:2,11,13,14 54:6,
  21 64:20 65:5 69:25
screw's  27:25
screwed  41:23 64:4
screwing  53:13

screws  26:17 38:11,19
  39:1,8,11,15 41:19,
  21 42:16 53:4 63:24,
  25 64:1,3,8,10,14
sealing  3:3
seat  52:16,21 54:7
section  12:13 23:22
  32:14,17,19 33:5
  40:11,17
sectional  32:7 39:20
  40:1 69:22
sectioned  39:24 49:18
secure  63:22
seek  52:8
sense  44:17 52:25
  68:22
separated  36:15
served  8:23
severe  44:19
severely  26:14 65:7
shape  56:15,19 58:3
  59:1 61:14,17,24
short  48:24 49:14
show  36:18 45:3,21
showed  48:24
showing  42:19
shown  49:2
shows  26:25 27:1
side  38:7 54:15 69:9
significance  24:7
  41:16 43:24 64:23
significant  46:21
  67:13
signify  36:21
signing  3:3
similar  11:13 67:23
similarly  19:10
simplest  57:6
simply  5:22 24:5,9
  27:17 28:15
single  12:25
site  40:11,14 48:15
sitting  54:14
situations  68:9
skip  9:13
Skipping  10:24
slight  27:14 28:3
  65:12
small  55:4 58:9

smaller  36:10
smooth  26:15 32:15
sort  13:6 33:4 36:21
sound  55:8
source  44:11
sources  29:15 34:21
special  12:22
specific  13:21,24
  14:2 15:12,22 34:17
  50:11,12 51:4 62:11
specifically  10:21
  13:14,17 21:2,24
  22:2 34:7
specifics  16:15
spend  12:23
split  51:13 57:7,8
splits  57:8
spoken  6:5,17 22:18
spoon  65:3,4,13,14,
  17,18
spoon-shaped  65:1
squares  36:18
stainless  14:12,13
  16:2,7 51:6,10,16
  56:14,17 58:13,16,
  20,24 62:5,7 63:18
standard  33:20,22
standpoint  66:24
start  36:7
started  46:24
starts  52:12 69:6
stated  63:17
states  59:9
steel  14:12,13 16:2,7
  51:6,10,16 56:14,17
  58:13,17,20,25 62:6,
  7 63:18
steeply  64:20 65:7
step  35:19
stipulated  3:1
straight  47:10 65:14
strained  63:16
strength  10:16 11:14
  13:8 15:5 31:16,25
  33:3 34:25 36:22
  40:3,7 44:5 51:25
  56:5,7,8,10,11,24
  57:1,3,14,22
strengthened  21:16

stress   42:1 44:8
   46:23 47:14 48:7,21,
   22 49:1,20 66:2
   68:18
stresses   37:4 42:25
   43:1,4,5,6,7 44:2,3,
   6,11 66:4
stripped   52:6,15 54:6
strong   45:7,8,9
structural   68:13
structure   51:25
student   18:13
students   18:16
studied   14:1,19,24
   15:7,10,21
studies   19:15 20:15
study   12:24,25 14:18
   21:19,20 24:20
studying   12:23
Stupnevich   3:15,17
   5:5 6:10,15,22 7:4
   10:5 11:16 14:8
   17:13 18:1,8,9 19:9
   20:3,9,20 21:22
   22:1,6 23:24 25:20
   26:1 27:5,6,23 28:5,
   12 29:9 30:14,23
   31:6,13 32:23 34:3
   36:2 37:13,21 40:9
   41:15 42:8,14 43:18
   44:18 45:13 46:3,15
   47:5 48:4,11 49:3,22
   51:1,9 52:11,13
   55:22 57:11 59:3
   60:6 61:11 62:1,15
   63:10 66:23 67:3,10,
   21 68:21 69:4,5
subject   7:21 8:2
   23:15 24:3 32:25
   33:5,6,8 34:1 40:21
subjective   52:6
subsequently   31:22
substantial   31:23
   35:4,10 36:5 52:7,16
   54:7,17
substantially   49:1
substantive   22:20
suggests   53:23
Suk   62:25
support   33:16

surface   32:15 33:10
   35:5,10 38:24 40:23
   41:8,13 69:25
surgeon   42:17 53:6,18
   63:22
surgeons   17:12 56:16
surgery   6:3 53:19
   63:13
surrounding   49:18
susceptible   55:25
suture   69:9
sworn   3:10
Synthes   14:11

---

## T

takes   53:4 54:10
taking   40:17
talk   15:20 35:9 36:4
   56:17 58:1 59:12
   61:12
talked   17:8 18:7
   34:22 50:17 59:18
talking   11:2 31:4
   33:15 44:3 47:8 52:4
   59:15 61:5
tantalum   24:6,8
task   18:14
taught   7:23
teach   7:22 8:3
technique   53:23
Technology   8:23 9:4
temperature   10:9
   11:15 13:1,10
temperatures   13:3,4
ten   9:23
tendency   37:4
tensile   59:17
terminology   56:16
terms   51:24 54:2,23
test   57:17
testified   3:11,25
   4:5,10,14 5:7,13,16
   39:25
testifying   5:4
testimony   37:14
testing   19:2,5 20:15
   24:25 25:4,5,12
   32:2,5 33:17 40:1
   44:5,6 49:6 57:2

tests   28:7 49:24 59:4
   68:3
text   59:11
theory   57:21
thermal   10:1,10
thermodynamics   7:24
thing   7:18 17:16 19:8
   41:1 48:21 51:23
   56:2,12 59:18 65:4
things   6:4 7:23,25
   9:14 10:8,12,13,15
   11:14 12:4 15:4,7,17
   25:2 27:10 30:25
   33:19 54:2 64:24
thought   24:5
thread   28:16 64:9
threaded   29:7 30:4
   32:14 35:15 64:2,4
threading   26:24 38:13
threads   26:18,25
   27:1,17,19,20 28:21
   29:23 31:21,22 32:17
   39:7 40:21 41:21
   54:9 64:10 65:6
time   3:6,20 4:5 5:12
   12:23 14:11 22:22
   29:21 38:22 46:12
times   4:3,14 5:6
tip   15:4 37:5
titanium   51:5,10,15
   63:24
today   3:19
told   31:4
tolerate   54:23
tongue   15:4
tools   17:11
top   34:11 47:9,11
torque   52:20,22 53:1,
   5 54:10
total   68:23 69:10
totally   58:11 61:8
touched   12:14
toughness   10:16 11:14
training   13:21,24
transformation   10:13
transformations   11:15
transition   13:11
trial   3:7
trials   19:12 20:15

**true**  30:21 69:14
**turn**  26:20 27:7 35:5
**Turning**  11:23
**twisting**  41:22
**type**  12:16 16:16 19:2
  20:14 27:8 28:25
  38:13 48:13 49:5
  51:22 52:19 56:25
  57:13,16 63:11,21
  68:2
**types**  4:15 5:7 26:23
**Typically**  17:15

## U

**unavoidable**  60:21,23
  61:1
**undamaged**  23:17 27:2
**undergoes**  66:1
**undergoing**  47:13
**undergone**  13:20,23
  48:7
**underlying**  66:1
**understand**  17:7 43:10
  50:20 60:12 61:8
**understanding**  24:22
**understands**  31:6
**uniform**  48:22
**uniquely**  55:25
**universe**  21:17,18
**university**  7:7,12,15,
  20 8:10,22
**unpack**  56:23
**unusual**  30:8 36:20,25
**upper**  27:11
**utilize**  39:2 53:7
**utilized**  42:22 63:22

## V

**variety**  16:2
**varying**  39:12
**vast**  50:5
**verse**  16:10
**viewed**  38:24
**views**  69:22
**visible**  32:18 33:10,
  11 47:23,24 48:2
  55:9,19

**visual**  28:6,10 29:11,
  14
**Vitae**  6:20

## W

**waived**  3:4
**watching**  55:20
**weaker**  45:12
**wear**  26:5,8,10,16
  27:8,16,25 28:8
  29:2,17,19 30:18
  31:10,15 34:24 35:4,
  10 40:2,5 47:1
**whatsoever**  33:11
**white**  47:10
**wholesaler**  18:19
**widespread**  67:13
**Wilmington**  23:9
**winds**  57:3
**wire**  24:6,8
**Wisconsin**  8:22
**wood**  45:7,8,11 51:13,
  15 53:14 57:7
**words**  23:10 29:10
  43:12 69:17
**work**  9:6 11:1 14:14
  21:24
**worked**  34:9
**worn**  39:7
**wound**  67:8
**written**  11:4,8 12:5
  34:14

## X

**X-RAY**  24:2,10
**X-RAYS**  60:8

## Y

**year**  4:8,9 9:11
**years**  5:15 7:10,13
  9:23 16:14,23 34:9